BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

MDL-_____  In re: National Prescription Opiate Litigation

**AMENDED SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** City of Birmingham, Alabama, a municipal corporation **Movant(s):** City of Birmingham, Alabama, a municipal corporation **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | N.D. Alabama | 2:17-cv-01360 | Magistrate Judge John E. Ott |
| **Plaintiff(s):** County of San Joaquin, City of Stockton, Montezuma Fire Protection District **Defendant(s):** Purdue Pharma, L.P.; Purdue Pharma, Inc.; Purdue Frederick Company, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; McKesson Corporation; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma Inc. f/k/a Watson Pharma Inc. | E.D. California | 2:17-cv-01485-MCE-GGH | District Judge Morrison C. England, Jr. |
| **Plaintiff(s):** People of the State of Illinois and St. Clair County, Illinois **Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; Abbott Laboratories; and Abbott Laboratories, Inc. | S.D. Illinois | 3:17-cv-00616-MJR-RJD | Chief Judge Michael J. Reagan |

1

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The People of the State of Illinois, the People of Jersey County, and County of Jersey<br>**Movant(s):** People of Jersey County, and County of Jersey<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; Cardinal Health 112, LLC; Cardinal Health 110, LLC ; Cardinal Health 108, LLC; Cardinal Health 105, Inc.; Cardinal Health 414, LLC; and McKesson Corporation | S.D. Illinois | 3:17-cv-00856-SMY-DGW | Judge Staci M. Yandle |
| **Plaintiff(s):** The People of the State of Illinois, the People of Alexander County, and County of Alexander<br>**Movant(s):** People of Alexander County, and County of Alexander<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; Cardinal Health 112, LLC; Cardinal Health 110, LLC ; Cardinal Health 108, LLC; Cardinal Health 105, Inc.; Cardinal Health 414, LLC; and McKesson Corporation | S.D. Illinois | 3:17-cv-00876-SMY-DGW | Judge Staci M. Yandle |
| **Plaintiff(s):** The Fiscal Court of Anderson County, on Behalf of Anderson County<br>**Movant(s):** The Fiscal Court of Anderson County, on Behalf of Anderson County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Frankfort) | 3:17-cv-00070-GFVT | Judge Gregory F. VanTatenhove |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The Fiscal Court of Franklin County, on Behalf of Franklin County<br>**Movant(s):** The Fiscal Court of Franklin County, on Behalf of Franklin County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Frankfort) | 3:17-cv-00071-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Shelby County, on Behalf of Shelby County<br>**Movant(s):** The Fiscal Court of Shelby County, on Behalf of Shelby County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Frankfort) | 3:17-cv-00072-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Henry County, on Behalf of Henry County<br>**Movant(s):** The Fiscal Court of Henry County, on Behalf of Henry County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Frankfort) | 3:17-cv-00073-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Boone County, on Behalf of Boone County<br>**Movant(s):** The Fiscal Court of Boone County, on Behalf of Boone County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Covington) | 2:17-cv-00157-GFVT-CJS | Judge Gregory F. VanTatenhove |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The Fiscal Court of Pendleton County, on Behalf of Pendleton County<br>**Movant(s):** The Fiscal Court of Pendleton County, on Behalf of Pendleton County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Covington) | 2:17-cv-00161-GFVT-CJS | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Campbell County, on behalf of Campbell County<br>**Movant(s):** The Fiscal Court of Campbell County, on behalf of Campbell County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Covington) | 2:17-cv-00167-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Boyle County, on Behalf of Boyle County<br>**Movant(s):** The Fiscal Court of Boyle County, on Behalf of Boyle County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Lexington) | 5:17-cv-00367-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Fleming County, on Behalf of Fleming County<br>**Movant(s):** The Fiscal Court of Fleming County, on Behalf of Fleming County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Lexington) | 5:17-cv-00368-GFVT | Judge Gregory F. VanTatenhove |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The Fiscal Court of Garrard County, on Behalf of Garrard County<br>**Movant(s):** The Fiscal Court of Garrard County, on Behalf of Garrard County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Lexington) | 5:17-cv-00369-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Lincoln County, on Behalf of Lincoln County<br>**Movant(s):** The Fiscal Court of Lincoln County, on Behalf of Lincoln County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Lexington) | 5:17-cv-00370-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Madison County, on Behalf of Madison County<br>**Movant(s):** The Fiscal Court of Madison County, on Behalf of Madison County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Lexington) | 5:17-cv-00371-JMH | Judge Joseph M. Hood |
| **Plaintiff(s):** The Fiscal Court of Nicholas County, on Behalf of Nicholas County<br>**Movant(s):** The Fiscal Court of Nicholas County, on Behalf of Nicholas County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (Lexington) | 5:17-cv-00373-GFVT | Judge Gregory F. VanTatenhove |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The Fiscal Court of Bell County, on Behalf of Bell County **Movant(s):** The Fiscal Court of Bell County, on Behalf of Bell County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (London) | 6:17-cv-00246-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Harlan County, on Behalf of Harlan County **Movant(s):** The Fiscal Court of Harlan County, on Behalf of Harlan County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (London) | 6:17-cv-00247-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Knox County, on Behalf of Knox County **Movant(s):** The Fiscal Court of Knox County, on Behalf of Knox County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (London) | 6:17-cv-00248-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Leslie County, on Behalf of Leslie County **Movant(s):** The Fiscal Court of Leslie County, on Behalf of Leslie County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (London) | 6:17-cv-00249-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** The Fiscal Court of Whitley County, on Behalf of Whitley County **Movant(s):** The Fiscal Court of Whitley County, on Behalf of Whitley County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (London) | 6:17-cv-00250-GFVT | Judge Gregory F. VanTatenhove |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The Fiscal Court of Clay County on behalf of Clay County **Movant(s):** The Fiscal Court of Clay County on behalf of Clay County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | E.D. Kentucky (London) | 6:17-cv-00255-GFVT | Judge Gregory F. VanTatenhove |
| **Plaintiff(s):** Louisville/Jefferson County Metro Government **Movant(s):** Louisville/Jefferson County Metro Government **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | W.D. Kentucky | 3:17-cv-00508-TBR | Senior Judge Thomas B. Russell |
| **Plaintiff(s):** The Fiscal Court of Cumberland County on behalf of Cumberland County **Movant(s):** The Fiscal Court of Cumberland County on behalf of Cumberland County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | W.D. Kentucky (Bowling Green) | 1:17-cv-00163-TBR | Senior Judge Thomas B. Russell |
| **Plaintiff(s):** The Fiscal Court of Spencer County, on Behalf of Spencer County **Movant(s):** The Fiscal Court of Spencer County, on Behalf of Spencer County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | W.D. Kentucky (Louisville) | 3:17-cv-00557-TBR | Senior Judge Thomas B. Russell |
| **Plaintiff(s):** The Fiscal Court of Union County, on Behalf of Union County **Movant(s):** The Fiscal Court of Union County, on Behalf of Union County **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | W.D. Kentucky (Owensboro) | 4:17-cv-00120-TBR | Senior Judge Thomas B. Russell |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** The Fiscal Court of Carlisle County, on Behalf of Carlisle County<br>**Movant(s):** The Fiscal Court of Carlisle County, on Behalf of Carlisle County<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | W.D. Kentucky (Paducah) | 5:17-cv-00136-TBR | Senior Judge Thomas B. Russell |
| **Plaintiff(s):** State of New Hampshire<br>**Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company | N.H. | 1:17-cv-00427-PB | Judge Paul J. Barbadoro |
| **Plaintiff(s):** City of Lorain<br>**Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; Purdue Frederick Company, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc.; Endo Pharmaceuticals, Inc.; Allergan PLC; Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc.; Endo Health Solutions Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Russell Portenoy; Perry Fine; Scott Fishman; Lynn Webster | N.D. Ohio | 1:17-cv-01639-DAP | Judge Dan Aaron Polster |

8

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** City of Parma **Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; Purdue Frederick Company, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc.; Endo Pharmaceuticals, Inc.; Allergan PLC; Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc.; Endo Health Solutions Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Russell Portenoy; Perry Fine; Scott Fishman; Lynn Webster | N.D. Ohio | 1:17-cv-01872-DAP | Judge Dan Aaron Polster |
| **Plaintiff(s):** Clermont County Board of County Commissioners **Movant(s):** Clermont County Board of County Commissioners **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00662-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Belmont County Board of County Commissioners **Movant(s):** Belmont County Board of County Commissioners **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00663-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Brown County Board of County Commissioners **Movant(s):** Brown County Board of County Commissioners **Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00664-EAS-EPD | Chief Judge Edmund A. Sargus |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Jackson County Board of County Commissioners<br>**Movant(s):** Jackson County Board of County Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00680-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Scioto County Board of County Commissioners<br>**Movant(s):** Scioto County Board of County Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00682-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Vinton County Board of County Commissioners<br>**Movant(s):** Vinton County Board of County Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00665-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Pike County Board of County Commissioners<br>**Movant(s):** Pike County Board of County Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00696-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Ross County Board of County Commissioners<br>**Movant(s):** Ross County Board of County Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00704-EAS-EPD | Chief Judge Edmund A. Sargus |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** City of Cincinnati<br>**Movant(s):** City of Cincinnati<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation; PURDUE PHARMA L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; TEVA Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.; Noramco, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergan PLC f/k/a Actavis PLS; Watson Pharmaceuticals, Inc., n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis, LLC; Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Mallinckrodt PLC; Mallinckrodt, LLC | S.D. Ohio | 2:17-cv-00713-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** City of Portsmouth<br>**Movant(s):** City of Portsmouth<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00723-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Gallia County Board of Commissioners<br>**Movant(s):** Gallia County Board of Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00768-EAS-EPD | Chief Judge Edmund A. Sargus |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Hocking County Board of Commissioners<br>**Movant(s):** Hocking County Board of Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00769-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** Lawrence County Board of Commissioners<br>**Movant(s):** Lawrence County Board of Commissioners<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. Ohio | 2:17-cv-00770-EAS-EPD | Chief Judge Edmund A. Sargus |
| **Plaintiff(s):** City of Dayton<br>**Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc.; Endo Pharmaceuticals, Inc.; Allergan PLC; Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc.; Endo Health Solutions Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Russell Portenoy; Perry Fine; Scott Fishman; Lynn Webster | S.D. Ohio (Dayton) | 3:17-cv-00229-TMR | Judge Thomas M. Rose |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Barry Staubus, in his official capacity as the District Attorney for the Second Judicial District, TN; Tony Clark, in his official capacity as the District Attorney for the First Judicial District, TN; Dan Armstrong, in his official capacity as the District Attorney for the Third Judicial District, TN; Baby Doe, by and through his Guardian Ad Litem<br>**Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Center Pointe Medical Clinic, LLC; Elizabeth Ann Bowers Campbell; Pamela Moore; Abdelrahman Hassabu Mohamed; Mallinckrodt LLC | E.D. Tennessee | 2:17-cv-00122-TAV-MCLC | Chief District Judge Thomas A. Varlan |
| **Plaintiff(s):** City of Everett, a Washington municipal corporation<br>**Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; John and Jane Does 1 - 10 | W.D. Washington | 2:17-cv-00209-RSM | Judge Ricardo S. Martinez |
| **Plaintiff(s):** City of Tacoma<br>**Defendant(s):** Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Janssen Pharmaceuticals, Inc.; Johnson & Johnson; and; John and Jane Does 1 – 10 | W.D. Washington | 3:17-cv-05737-JRC | Judge J Richard Creatura |
| **Plaintiff(s):** The County Commission of McDowell County<br>**Defendant(s):** McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health 110, LLC, and Harold Anthony Cofer, Jr., M.D. | S.D. West Virginia | 1:17-cv-00946 | Judge David A. Faber |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Mayor Reba Honaker, on behalf of the City of Welch<br>**Defendant(s):** West Virginia Board of Pharmacy; McKesson Corporation; AmerisourceBergen Drug Corporation; Cardinal Health 110, LLC; and Harold Anthony Cofer, Jr., M.D. | S.D. West Virginia | 1:17-cv-03364 | Judge David A. Faber |
| **Plaintiff(s):** The County Commission of Mercer County<br>**Defendant(s):** McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health 110, LLC, and Harold Anthony Cofer, Jr., M.D. | S.D. West Virginia | 1:17-cv-03716 | Judge David A. Faber |
| **Plaintiff(s):** Kanawha County Commission<br>**Movant(s):** Kanawha County Commission<br>**Defendant(s):** Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.; Cardinal Health, Inc.,; AmerisourceBergen Drug Corporation; Kroger Limited Partnership II; CVS Indiana, L.L.C.; Omnicare Distribution Center LLC; McKesson Corporation; Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #46; Miami-Luken, Inc.; Kroger Limited Partnership I; The Harvard Drug Group, L.L.C.; Walgreen Eastern Co., Inc.; Anda, Inc.; Anda Pharmaceuticals, Inc.; Masters Pharmaceutical, Inc.; Keysource Medical, Inc. | S.D. West Virginia | 2:17-cv-01666 | Judge David A. Faber |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Fayette County Commission<br>**Movant(s):** Fayette County Commission<br>**Defendant(s):** Cardinal Health, Inc.,; CVS Indiana, L.L.C.; AmerisourceBergen Drug Corporation; Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.;  Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #46; Kroger Limited Partnership I; Kroger Limited Partnership II; McKesson Corporation; Top Rx, LLC | S.D. West Virginia | 2:17-cv-01957 | Judge David A. Faber |
| **Plaintiff(s):** Boone County Commission<br>**Movant(s):** Boone County Commission<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.; Kroger Limited Partnership II; Cardinal Health, Inc.; McKesson Corporation; Kroger Limited Partnership I; H.D. Smith Wholesale Drug Co.; Anda, Inc.; Generics Bidco I, LLC; Anda Pharmaceuticals, Inc.; Bellco Drug Corp.; CVS Indiana, L.L.C.; Qualitest Pharmaceuticals, Inc. | S.D. West Virginia | 2:17-cv-02028 | Judge David A. Faber |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Logan County Commission<br>**Movant(s):** Logan County Commission<br>**Defendant(s):** Cardinal Health, Inc.; McKesson Corporation; AmerisourceBergen Drug Corporation; Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.; Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #46; Kroger Limited Partnership II; H.D. Smith Wholesale Drug Co.; The Harvard Drug Group, L.L.C.; Kroger Limited Partnership I; Miami-Luken, Inc.; Anda Pharmaceuticals, Inc.; Cedardale Distributors LLC dba Gen-Source Rx; Anda, Inc.; Bellco Drug Corp.; SAJ Distributors; Masters Pharmaceutical, Inc. | S.D. West Virginia | 2:17-cv-02296 | Judge David A. Faber |
| **Plaintiff(s):** The County Commission of Lincoln<br>**Defendant(s):** West Virginia Board of Pharmacy; McKesson Corporation; AmerisourceBergen Drug Corporation; Cardinal Health 110, LLC; Miami-Luken, Inc.; Chip RX, LLC; George W. Chapman, III | S.D. West Virginia | 2:17-cv-03366 | Judge David A. Faber |
| **Plaintiff(s):** Mayor Vivian Livinggood, on behalf of the Town of Gilbert<br>**Defendant(s):** West Virginia Board of Pharmacy; McKesson Corporation; AmerisourceBergen Drug Corporation; Cardinal Health 110, LLC; Miami-Luken, Inc. | S.D. West Virginia | 2:17-cv-03369 | Judge David A. Faber |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Mayor Charles Sparks, on behalf of the Town of Kermit<br>**Defendant(s):** West Virginia Board of Pharmacy; McKesson Corporation; AmerisourceBergen Drug Corporation; Cardinal Health 110, LLC; Miami-Luken, Inc.; Cameron Justice | S.D. West Virginia | 2:17-cv-03372 | Judge David A. Faber |
| **Plaintiff(s):** Mayor Robert Carlton, on behalf of the City of Williamson<br>**Defendant(s):** West Virginia Board of Pharmacy; McKesson Corporation; AmerisourceBergen Drug Corporation; Cardinal Health 110, LLC; Miami-Luken, Inc. | S.D. West Virginia | 2:17-cv-03532 | Judge David A. Faber |
| **Plaintiff(s):** State of West Virginia ex rel. Patrick Morrisey, Attorney General, Joseph Thornton, in his capacity of the Secretary of the West Virginia Department of Military Affairs and Public Safety, an agency of the State of West Virginia, and Karen Bowling, in her capacity as the Secretary of the West Virginia Department of Health and Human Resources, an agency of the State of West Virginia<br>**Defendant(s):** McKesson Corporation, a Delaware Corporation doing business in West Virginia | S.D. West Virginia | 2:17-cv-03555 | Judge David A. Faber |
| **Plaintiff(s):** Mayor Raaimie Barker, on behalf of the Town of Chapmanville<br>**Defendant(s):** West Virginia Board of Pharmacy, McKesson Corporation; Cardinal Health 110, LLC | S.D. West Virginia | 2:17-cv-03715 | Judge David A. Faber |
| **Plaintiff(s):** The City of Huntington<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Cardinal Health, Inc.; McKesson Corporation | S.D. West Virginia | 3:17-cv-01362 | Judge David A. Faber |

17

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Cabell County Commission<br>**Movant(s):** Cabell County Commission<br>**Defendant(s):** AmerisourceBergen Drug Corporation; CVS Indiana, L.L.C.;  Cardinal Health, Inc.; Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.; Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #46; Kroger Limited Partnership II; McKesson Corporation; Walgreen Eastern Co., Inc.; Kroger Limited Partnership I; H.D. Smith Wholesale Drug Co. | S.D. West Virginia | 3:17-cv-01665 | Judge David A. Faber |
| **Plaintiff(s):** Wayne County Commission<br>**Movant(s):** Wayne County Commission<br>**Defendant(s):** Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.; CVS Indiana, L.L.C.; McKesson Corporation; Cardinal Health, Inc.; SAJ Distributors; Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #46; Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse; AmerisourceBergen Drug Corporation; Top Rx, LLC | S.D. West Virginia | 3:17-cv-01962 | Judge David A. Faber |
| **Plaintiff(s):** Wyoming County Commission<br>**Defendant(s):** AmerisourceBergen Drug Corporation; Rite Aid of Maryland, Inc. dba Rite Aid Mid-Atlantic Customer Support Center, Inc.; McKesson Corporation; H.D. Smith Wholesale Drug Co.; Miami-Luken, Inc.; J M Smith Corporation dba Smith Drug Company; Anda, Inc.; The Harvard Drug Group, L.L.C. | S.D. West Virginia | 5:17-cv-02311 | Judge David A. Faber |

Dated: September 28, 2017                /s/James C. Peterson
James C. Peterson
**Hill, Peterson, Carper, Bee & Deitzler, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
304-345-5667
304-345-1519 fax
jcpeterson@hpcdb.com