UNITED STATES JUDICIAL PANEL
On
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |

NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO −74)

This Document Relates to the Following:

> County of Angelina v. Purdue Pharma, L.P., et al,
> C.A. No. 18-04707; Div. 4
>
> County of Blanco v. Purdue Pharma, L.P., et al,
> C.A. No. 18-04705, Div. 4
>
> County of Jasper v. Purdue Pharma L.P., et al,
> C.A. No. 18-4706, Div. 4

I represent the counties of Angelina, Blanco and Jasper, Texas in the above-captioned, which are included on the conditional transfer order CTO-74.  The Counties of Angelina, Blanco and Jasper, Texas submit this opposition to the conditional transfer order.  I understand that the motion and brief to vacate are due in 14 days.

Dated: January 10, 2019

Respectfully Submitted,

 */s/* Amy M. Carter
Amy M. Carter
Texas Bar No. 24004580
SIMON GREENSTONE PANATIER, PC
1201 Elm Street, Suite 3400
Dallas, Texas  75270
Phone:  (214) 276-7680
Fax:  (214) 276-7699
acarter@sgptrial.com

*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Amy M. Carter*
Amy M. Carter