UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    The City of Boston, et al. v. Purdue Pharma, L.P., et al.,   )           MDL No. 2804
        D. Massachusetts, C.A. No. 1:18-12174           )

## ORDER VACATING CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*City of Boston*) on October 29, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *City of Boston* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Miami, Florida, on January 31, 2019. The Panel has now been informed that *City of Boston* was dismissed in the District of Massachusetts by the Honorable Leo T. Sorokin in an order filed on January 30, 2019.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-63" filed on October 29, 2018, is VACATED insofar as it relates to this action.

                                            FOR THE PANEL:

                                            Jeffery N. Lüthi
                                            Clerk of the Panel