**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE**
**LITIGATION**                                                                                       MDL No. 2804

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in the actions on the attached schedule on February 6, 2019.  The Panel has now been advised that the actions were remanded to state court by the District Court of Massachusetts in orders filed on February 4, 2019, February 5, 2019, and February 6, 2019, respectively.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-79" filed on February 6, 2019, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

*[signature]*

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                              MDL No. 2804

### SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **MASSACHUSETTS** | | | |
| MA | 1 | 19−10168 | Gloucester, City of v. Purdue Pharma L.P. et al |
| MA | 1 | 19−10169 | Haverhill, City of v. Purdue Pharma L.P. et al |
| MA | 1 | 19−10170 | City of Framingham v. Purdue Pharma L.P. et al |
| MA | 1 | 19−10172 | Town of Lynnfield v. Purdue Pharma L.P. et al |
| MA | 1 | 19−10174 | City of Salem v. Purdue Pharma L.P. et al |
| MA | 1 | 19−10175 | Town of Wakefield v. Purdue Pharma L.P. et al |
| MA | 3 | 19−10173 | City of Springfield v. Purdue Pharma L.P. et al |