UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    Town of Canton v. Purdue Pharma LP, et al.,     )
        D. Massachusetts, C.A. No. 1:19-10167     )     MDL No. 2804

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Canton*) on February 6, 2019. The Panel has now been advised that *Canton* was remanded to the Commonwealth of Massachusetts Superior Court, Norfolk County by the Honorable Patti B. Saris in an order filed on February 7, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-79" filed on February 6, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel