# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

City of Martinsville, Virginia v. Purdue Pharma LP, et al.,   )
      W.D. Virginia, C.A. No. 4:18-00072                )              MDL No. 2804

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE MARCH 28, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Martinsville*) on December 27, 2018. Prior to expiration of those orders' 7-day stay of transmittal, plaintiff and defendant Mylan Pharmaceuticals, Inc., filed notices of opposition to the proposed transfer. The parties later filed motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Martinsville* has been remanded to the Martinsville Circuit Court, Virginia, by the Honorable Elizabeth K. Dillon in an order filed on February 14, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-73" filed on December 27, 2018, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel