BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE<br><br>NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |

**PLAINTIFFS' NOTICE OF OPPOSITION
TO CONDITIONAL TRANSFER ORDER 80 (CTO-80)**

Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, Plaintiffs, by and through their attorneys, respectfully notice opposition to Conditional Transfer Order 80 (CTO-80) (Dkt. No. 3751) concerning *International Union of Operating Engineers, Local 150, et al. v. Purdue Pharma L.P., et al.*, No. 1:19-cv-00811 (N.D. Ill.).

Plaintiffs will file a motion to vacate CTO-80 as to the foregoing action in accordance with JPML Rule 7.1(f) and any briefing schedule set by the Panel.

Respectfully submitted,

**INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, MIDWEST OPERATING ENGINEERS HEALTH AND WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS, and CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND,**

Dated: February 20, 2019

By: <u>s/Jay Edelson</u>
    One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378