UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    County of Angelina v. Purdue Pharma L.P., et al.,    )
        S.D. Texas, C.A. No. 4:18-04707    )    MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE MARCH 28, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Angelina County*) on January 4, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Angelina County* has been remanded to the 152nd Judicial District Court of Harris County, State of Texas, by the Honorable Vanessa D. Gilmore in an order filed on February 21, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-74" filed on January 4, 2019, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel