UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                                          MDL No. 2804

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 28, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in the actions on the attached schedule on January 17, 2019. Prior to expiration of that order's 7-day stay of transmittal, defendants Michael B Bruehl, M.D. and Mark E Cieniawski, M.D., filed a notice of opposition to the proposed transfer. Defendants later filed a motion and brief to vacate the conditional transfer order. Plaintiffs also filed a notice of opposition to the proposed transfer but failed to file the required motion and brief to vacate the conditional transfer order. The Panel has now been advised that defendants have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-76" filed on January 17, 2019, is LIFTED insofar as it relates to these actions. The actions are transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2019, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                 MDL No. 2804

### SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MAINE | | | |
| ME | 1 | 19–00014 | CITY OF WATERVILLE v. PURDUE PHARMA LP et al |
| ME | 1 | 19–00017 | CITY OF AUGUSTA v. PURDUE PHARMA LP et al |
| ME | 1 | 19–00018 | AROOSTOOK COUNTY v. PURDUE PHARMA LP et al |
| ME | 1 | 19–00019 | PENOBSCOT COUNTY v. PURDUE PHARMA LP et al |
| ME | 1 | 19–00024 | WASHINGTON COUNTY v. PURDUE PHARMA LP et al |
| ME | 1 | 19–00025 | SOMERSET COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19–00012 | ANDROSCOGGIN COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19–00013 | CITY OF AUBURN v. PURDUE PHARMA LP et al |
| ME | 2 | 19–00020 | SAGADAHOC COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19–00021 | LINCOLN COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19–00022 | YORK COUNTY v. PURDUE PHARMA LP et al |