# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

| | | |
|---|---|---|
| Dunaway, et al. v. Purdue Pharma LP, et al., | ) | |
|    M.D. Tennessee, C.A. No. 2:19-00038 | ) | MDL No. 2804 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Dunaway*) on May 16, 2019. The Panel has now been advised that *Dunaway* has been remanded to the Circuit Court of Cumberland County, Tennessee, by the Honorable Aleta A. Trauger in an order filed on May 22, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-93" filed on May 16, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL

John W. Nichols
Clerk of the Panel