UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    The County Board of Arlington County, Virginia v.
        Actavis Pharma, Inc., et al, E.D. Virginia, C.A.
        No. 1:19-00402
        MDL No. 2804

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Arlington County*) on April 9, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Arlington County* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Arlington County* has been remanded to the Circuit Court of Arlington County, Virginia by the Honorable Anthony J. Trenga in an order filed on May 6, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-88" filed on April 9, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL

John W. Nichols
Clerk of the Panel