# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE**
**LITIGATION**

Town of Randolph v. CVS Health Corporation, et al.,                )
         D. Massachusetts, C.A. No. 1:19-10813                )            MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Randolph*) on May 2, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Randolph* filed a notice of opposition to the proposed transfer.  Plaintiff later filed a motion and brief to vacate the conditional transfer order.  The Panel has now been advised that *Randolph* has been remanded to the Massachusetts Superior Court for Norfolk County, Massachusetts by the Honorable Allison D. Burroughs in an order filed on June 6, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-91" filed on May 2, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL

John W. Nichols
Clerk of the Panel