**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                                                   MDL No. 2804

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL TRANSFER ORDERS
AND VACATING THE JULY 25, 2019, HEARING SESSION ORDER**

Conditional transfer orders were filed in the actions on the attached schedule on April 12, 2019, and May 7, 2019, respectively.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed notices of opposition to the proposed transfer.  Plaintiffs later filed motions and briefs to vacate the conditional transfer orders.  The Panel has now been advised that these actions have been remanded to their respective state courts.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-89 and 92" filed on April 12, 2019, and May 7, 2019, respectively, are VACATED insofar as it relates to these actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 18, 2019, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                                                   MDL No. 2804

## SCHEDULE A

| **DIST** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
|---|---|---|---|
| VIRGINIA EASTERN | | | |
| VAE | 3 | 19-00242 | Dinwiddie County, Virginia v. Purdue Pharma, L.P. et al |
| CALIFORNIA CENTRAAL | | | |
| CAC | 2 | 19-03588 | City of El Monte et al v. Purdue Pharma L.P. et al |