UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    Ruth v. Mallinckrodt, LLC, et al.,                            )
        W.D. Missouri, C.A. No. 4:19-00543                )          MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Ruth*) on July 16, 2019. The Panel has now been advised that *Ruth* was remanded to the Circuit Court of Jackson County, Missouri, by the Honorable Beth Phillips in an order filed on July 19, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-103" filed on July 16, 2019, is VACATED insofar as it related to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel