UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

County of Kern, et al. v. Purdue Pharma L.P. et al.,  )
    E.D. California, C.A. No. 1:19-00557  )  MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 25, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Kern County*) on May 7, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Kern County* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Kern County* was remanded to the Kern County Superior Court, California, by the Honorable Lawrence J. O'Neill in an order filed on July 23, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-92" filed on May 7, 2019, is VACATED insofar as it related to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 18, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel