UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

| | | |
|---|---|---|
| Fire and Police Retiree Health Care Fund, San Antonio v. | ) | |
| CVS Health Corporation, | ) | MDL No. 2804 |
| S.D. Texas, C.A. No. 4:19-02089 | ) | |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Fire and Police*) on June 18, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Fire and Police* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Fire and Police* was remanded to the 152nd Judicial District Court of Harris County, Texas, by the Honorable Andrew S. Hanen in an order filed on July 24, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-97" filed on June 18, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel