UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

| | | |
|---|---|---|
| Chatham County Hospital Authority, Georgia v. Amerisourcebergen Drug Corporation et al., S.D. Georgia, C.A. No. 4:19-00086 | ) ) ) | MDL No. 2804 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Chatham County*) on April 25, 2019. In the absence of any known opposition, the conditional transfer order was finalized with this respect to *Chatham County* on May 3, 2019. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's final order was filed by the Northern District of Ohio on May 3, 2019. Nevertheless, the Panel has now been advised that, pursuant to a notice of voluntary dismissal, without prejudice, this action was dismissed in the Southern District of Georgia by the Honorable R. Stan Baker in an order filed on May 7, 2019. In the interest of all concerned,

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-90" filed on April 25, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel