UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION**
**OPIATE LITIGATION**

| | | |
|---|---|---|
| Mecklenburg County, VA v. Purdue Pharma L.P., et al., ) | | MDL No. 2804 |
| E.D. Virginia, C.A. No. 3:19-00463 ) | | |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Mecklenburg County*) on June 28, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Mecklenburg County* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been informed that *Mecklenburg County* was remanded to the Circuit Court of Mecklenburg County, Virginia, by the Honorable Robert E. Payne in an order filed on July 16, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-101" filed on June 28, 2019, is VACATED insofar as it relates to this action.

                                                 FOR THE PANEL:

                                                 John W. Nichols
                                                 Clerk of the Panel