UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    Tucson Medical Center v. Purdue Pharma L.P., et al.,    )    MDL No. 2804
        D. Arizona, C.A. No. 4:19-00358    )

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Tucson Medical*) on July 31, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Tucson Medical* filed a notice of opposition to the proposed transfer. The Panel has now been informed that *Tucson Medical* was remanded to the Superior Court of Pima County, Arizona, by the Honorable Raner C. Collins in an order filed on August 15, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-105" filed on July 31, 2019, is VACATED insofar as it relates to this action.

                                               FOR THE PANEL:

                                               John W. Nichols
                                               Clerk of the Panel