UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    Kingman Hospital Incorporated, et al. v. Purdue    )
        Pharma L.P., et al., D. Arizona, C.A. No. 3:19-08240 )        MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Kingman Hospital*) on August 27, 2019. The Panel has now been informed that *Kingman Hospital* was remanded to the Mohave County Superior Court, Arizona, by the Honorable John J. Tuchi in an order filed on August 27, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-109" filed on August 27, 2019, is VACATED insofar as it relates to this action.

                                         FOR THE PANEL:

                                         John W. Nichols
                                         Clerk of the Panel