**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

**MDL NO. 2804**

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. write to notify the Clerk of the Panel of the related actions listed in the attached Schedule of Actions. The actions referred therein involve common questions of fact with the actions previously transferred by the Panel to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1407.[1]

Dated: September 5, 2019               Respectfully submitted,

By:  */s/ Sheila L. Birnbaum*
Sheila L. Birnbaum
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: sheila.birnbaum@dechert.com

*Counsel for Defendants Purdue Pharma L.P.;
Purdue Pharma Inc.; The Purdue Frederick
Company Inc. and The P.F. Laboratories, Inc.*

---

[1] In identifying the potential tag-along actions, Defendants preserve all available defenses, including defenses related to the lack of, or deficient, service.