UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                    MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −111)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,712 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

# IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−111 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 19−05905 | Hestrup v. H.D. Smith, LLC et al |
| **NEW JERSEY** | | | |
| NJ | 3 | 19−17138 | COUNTY OF OCEAN, NEW JERSEY v. PURDUE PHARMA L.P. et al |
| NJ | 3 | 19−17155 | CITY OF TRENTON, NEW JERSEY v. PURDUE PHARMA L.P. et al |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 19−04949 | Amalgamated Union Local 450−A Welfare Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04952 | Drywall Tapers Insurance Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04958 | NOITU Insurance Trust Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04961 | Local 8A−28A Welfare Fund v. Purdue Pharma L.P. et al |
| NYE | 1 | 19−04964 | Local 22 Health Benefit Fund v. Purdue Pharma L.P. et al |
| NYE | 2 | 19−04891 | Allegany County v. Purdue Pharma Lp et al |
| NYE | 2 | 19−04972 | Nassau University Medical Center v. Purdue Pharma L.P. et al |
| NYE | 2 | 19−04976 | Laborers Local 1298 of Nassau & Suffolk Counties Welfare Fund v. Purdue Pharma L.P. et al |
| **OKLAHOMA EASTERN** | | | |
| OKE | 6 | 19−00291 | Seminole, City of v. Purdue Pharma, LP et al |
| **OKLAHOMA NORTHERN** | | | |
| OKN | 4 | 19−00485 | Osage Nation, The v. Purdue Pharma L.P. et al |
| **OKLAHOMA WESTERN** | | | |

| | | | |
|---|---|---|---|
| OKW | 5 | 19−00804 | Bethany City of v. Purdue Pharma LP et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 19−03899 | I−KARE TREATMENT CENTER, LLC v. PURDUE PHARMA L.P. et al |
| PAE | 5 | 19−03884 | CITY OF ALLENTOWN, PENNSYLVANIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

PUERTO RICO

| | | | |
|---|---|---|---|
| PR | 3 | 19−01814 | Municipality of Caguas v. Purdue Pharma Inc. et al |
| PR | 3 | 19−01815 | Municipality of Bayamon, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01816 | Municipality of Arroyo, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01818 | Municipality of Ceiba, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01819 | Municipality of Coamo, Puerto Rico v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01821 | Municipality of Villalba v. Purdue Pharma L.P. et al |
| PR | 3 | 19−01824 | Municipality of Catano, Puerto Rico v. Purdue Pharma L.P. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 19−00157 | Takoma Regional Hospital et al v. Purdue Pharma L.P. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 19−03299 | County of Williamson v. Walgreens Boots Alliance et al |