# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | MDL NO. 2804 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-111)

Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, Plaintiff Hestrup respectfully notices his opposition to Conditional Transfer Order 111 (CTO-111) (Dkt. No. 5583) as it pertains to *Hestrup v. H.D. Smith, LLC et al*, N.D. Illinois, Case No. 1:19-cv-05905.

Plaintiff Hestrup will file a motion to vacate CTO-111, as to the foregoing action, in accordance with JPML Rule 7.1(f) and any briefing schedule set by the Panel.

Respectfully submitted,

Dated: September 11, 2019        /s/ Seth Meyer

Seth Meyer
sam@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: 312.741.5220

*Counsel for Plaintiff and the Putative Class*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) | MDL NO. 2804 |

**PROOF OF SERVICE**

In accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I, Seth Meyer, counsel for Robert Ruth, individually and on behalf of all others similarly situated, hereby certify that on September 11, 2019, I caused the foregoing Notice of Opposition to Conditional Transfer Order 111 and this Proof of Service to be served by filing via the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users.

Respectfully submitted,

Dated: September 11, 2019      /s/ Seth Meyer

Seth Meyer
sam@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: 312.741.5220

*Counsel for Plaintiff and the Putative Class*