UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    Salt Lake County v. Purdue Pharma L.P. et al.,           )
        D. Utah, C.A. No. 2:19-00626                          )          MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER

      A conditional transfer order was filed in this action (*Salt Lake County*) on September 17, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Salt Lake County* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that *Salt Lake County* was remanded to the 3rd District Court Salt Lake County, Utah, by the Honorable Tena Campbell in an order filed on October 9, 2019.

      IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-112" filed on September 17, 2019, is VACATED insofar as it related to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel