**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION**
**OPIATE LITIGATION**                                                         MDL No. 2804

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL TRANSFER ORDERS**

  A conditional transfer order was filed in the actions on the attached schedule on October 2, 2019.  The Panel has now been advised that, pursuant to notices of voluntary dismissal without prejudice, these actions have been dismissed in the Eastern District of the Missouri.

  IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-114" filed on October 2, 2019, is VACATED insofar as it relates to these actions.

              FOR THE PANEL:

              John W. Nichols
              Clerk of the Panel

**IN RE: NATIONAL PRESCRIPTION**
**OPIATE LITIGATION**                                                                 MDL No. 2804

## SCHEDULE A

| **DIST** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
|---|---|---|---|
| MISSOURI EASTERN | | | |
| MOE | 4 | 19‑02633 | Kuepfer v. Mallinckrodt PLC et al |
| MOE | 4 | 19‑02634 | Parrot v. Mallinckrodt PLC et al |
| MOE | 4 | 19‑02640 | Robertson v. Mallinckrodt PLC et al |
| MOE | 4 | 19‑02641 | Horr v. Mallinckrodt PLC et al |