UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION**
**OPIATE LITIGATION**
    Khan v. Anda, Inc.,                             )
        M.D. Florida, C.A. No. 8:19-02479           )        MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

     A conditional transfer order was filed in this action (*Khan*) on October 8, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Khan* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that *Khan* was remanded to the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida, by the Honorable Mary S. Scriven in an order filed on October 10, 2019.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-115" filed on October 8, 2019, is VACATED insofar as it related to this action.

                                                      FOR THE PANEL:

                                                      John W. Nichols
                                                      Clerk of the Panel