BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION                                          MDL No. 2804

## NOTICE OF OPPOSITION TO CTO-120

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, Board of County Commissioners of LeFlore County, Board of County Commissioners of Logan County, and Board of County Commissioners of Texas County, submit this opposition to conditional transfer order (CTO-120) as it relates to the cases listed on the attached schedule of actions. I understand that the motion and brief to vacate is due in fourteen (14) days.

DATED: November 19, 2019

Respectfully Submitted,

*/s/* Matthew J. Sill
Matthew J. Sill (Okla. Bar #21547)
FULMER SILL LAW GROUP
P.O. Box 2448
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone/Fax: 405-510-0077
msill@fulmersill.com

*Attorneys for Board of County Commissioners of LeFlore County, Board of County Commissioners of Logan County, and Board of County Commissioners of Texas County*

1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on November 19, 2019 I caused to be electronically filed the foregoing Notice of Opposition to Conditional Transfer Order 120 with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using CM/ECF system, which was served on all parties electronically via ECF, or as indicated below.

| | |
|---|---|
| Joshua D. Burns<br>Crowe & Dunlevy, P.C. (OKC)<br>Braniff Building<br>324 N. Robinson Ave., Ste. 100<br>Oklahoma City, OK 73102<br>405-235-7700<br>405-272-5269 (Facsimile)<br>sandy.coats@crowedunlevy.com<br>joshua.burns@crowedunlevy.com<br><br>*Counsel for Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company*<br>_____ | Robert G. McCampbell<br>Jeffrey A. Curran<br>Ashley E. Quinn<br>Nicholas V. Merkley<br>GableGotwals - OKC<br>211 N. Robinson Ave.<br>15th Floor<br>Oklahoma City, OK 73102<br>405-235-5567<br>Fax: 405-235-2875<br>rmccampbell@gablelaw.com<br>jcurran@gablelaw.com<br>aquinn@gablelaw.com<br>nmerkley@gablelaw.com |
| Susan E. Huntsman<br>D. Michael McBride, III<br>Crowe & Dunlevy (Tulsa)<br>500 Kennedy Building<br>321 S. Boston Ave.<br>Tulsa, OK 74103<br>918-592-9866<br>918-599-9801 (Facsimile)<br>susan.huntsman@crowedunlevy.com<br>mike.mcbride@crowedunley.com<br><br>*Counsel for AmerisourceBergen Corp.*<br>_____ | *Counsel for Cephalon, Inc.;*<br>*Teva Pharmaceuticals USA, Inc.;*<br>*Actavis Pharma, Inc.; Watson Pharma, Inc.;*<br>*Watson Laboratories, Inc.; Actavis, LLC;*<br>*Anda Pharmaceuticals; Anda Inc.*<br>_____<br><br>Ray E. Zschiesche<br>Phillips Murrah, PC<br>Corporate Tower, 13th Floor<br>101 N. Robinson<br>Oklahoma City, OK 73102<br>405-235-4100<br>405-235-4133 (Fax)<br>rezschiesche@phillipsmurrah.com |
| Amy J. Pierce<br>Joe M. Hampton<br>Hampton Barghols Pierce PLLC<br>210 W. Park Ave., Suite 2700<br>Oklahoma City, OK 73102<br>405-600-9255<br>Fax: 405-600-6851<br>apierce@hbplawok.com<br>jhampton@hbplawok.com<br><br>*Counsel for Insys Therapeutic, Inc.* | *Counsel for Endo Health Solutions, Inc.;*<br>*Endo Pharmaceuticals, Inc.* |

Kaylee Davis-Maddy
Doerner, Saunders, Daniel & Anderson
105 N. Hudson Ave., Ste. 1000
Oklahoma City, OK 73102
405-319-3513
405-319-3524 – Fax
kmaddy@dsda.com

Stuart D. Campbell
Doerner, Saunders, Daniel & Anderson
Two W. Second St., Ste. 700
Tulsa, OK 74103
918-528-1211
918-591-5360 – Fax
scampbell@dsda.com

*Counsel for McKesson Corp.*
_____

Ryan A. Ray
Norman Wohlgemuth Chandler
  Jeter Barnett & Ray
401 S. Boston Ave.
2900 Mid-Continent Tower
Tulsa, OK 74103
918-583-7571
918-584-7846 – Fax
rar@nwcjlaw.com

*Counsel for Cardinal Health, Inc.;*
*Harvard Drug Group, LLC*

John H. Sparks
Michael W. Ridgeway
Odom, Sparks & Jones, PLLC
Highpoint Office Building
2500 McGee Dr., Suite 140
Norman, OK 73072
Telephone: 405-701-1863
Facsimile: 405-310-5394
sparksj@odomsparks.com
ridgewaym@odomsparks.com

*Counsel for Janssen Pharmaceuticals, Inc.;*
*Johnson & Johnson;*
*Ortho-McNeil-Janssen Pharmaceuticals, Inc.;*
*Janssen Pharmaceuticals, Inc.;*
*Janssen Pharmaceutica, Inc.*
_____

D. Todd Riddles
Cheek Law Firm, P.L.L.C.
311 N. Harvey Ave., Ste. 200
Oklahoma City, OK 73102
405-272-0621
405-232-1707 – Fax
triddles@cheeklaw.com

*Counsel for Quest Pharmaceuticals, Inc.*
_____

Robert A. Bragalone
Gordon & Rees LLP – DALLAS
2200 Ross Ave., Suite 4100W
Dallas, TX 75201
214-231-4714
Fax: 214-461-4053
bbragalone@grsm.com

*Counsel for Perry Fine, M.D. and*
*Lynn Webster, M.D.*

**Served via First Class Mail**
**(Counsel has not yet appeared)**

William Valuck, M.D.
Jackie Brannon Correctional Center
P.O. Box 1999
McAlester, OK 74502

Harvey Jenkins, M.D.
1065 S.W. 74th St., Apt. 5
Oklahoma City, OK 73159

Keysource Medical, Inc
RA: Registered Agent Solutions, Inc.
9 E. Loockerman St., Suite 311
Dover, DE 19901

Watson Pharmaceutical, Inc.
RA: Corporate Creations Network Inc.
8275 S. Eastern Ave., #200
Las Vegas, NV 89123

Mallinckrodt, LLC
RA: CT Corporation System
120 S. Central Ave.
Clayton, MO 63105

Mallinckrodt, PLC
RA: CT Corporation System
120 S. Central Ave.
Clayton, MO 63105

CVS Health Corporation
RA: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

CVS Pharmacy, Inc.
RA: CT Corporation System
450 Veterans Memorial Parkway, Suite 7A
East Providence, RI 02914

Oklahoma CVS Pharmacy, LLC
RA: The Corporation Company
1833 S. Morgan Road
Oklahoma City, OK 73128

Walgreens Boots Alliance, Inc.
also known as Walgreen Co.
RA: Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Physicians Total Care, Inc.
RA: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Physicians Total Care, Inc.
RA: Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Activas plc
RA: Corporate Creations Network Inc.
101 S. Reid Street, #307
Sioux Falls, SD 57103

Allergan plc
RA: Corporate Creations Network Inc.
101 S. Reid Street, #307
Sioux Falls, SD 57103

Morris & Dickson Co., LLC
RA: Incorp Services, Inc.
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK  73102

GCP Pharma, LLC
c/o Steven W. Simcoe, Benjamin D. Reed
BEST & SHARP
One West Third St., Suite 900
Tulsa, OK 74103

　　　　　　　　　　　　 */s/* Matthew J. Sill