**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION          MDL No. 2804

*The County Commissioner of Carroll County, Maryland v. Allergan PLC et al.*, D. Maryland, Case No. 1:19-cv-03254-GLR

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - CTO-122**

Pursuant to Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff, The County Commissioner of Carroll County, Maryland, in the above-referenced action hereby submits this Notice of Opposition to CTO-122 for transfer of its action to MDL No. 2804 as a "tag along action." Plaintiff will file a motion to vacate CTO-122 as to the above-referenced actions pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Dated:  November 26, 2019

Respectfully submitted,

 /s/ *Paul Mark Sandler*
Paul Mark Sandler (Md. Bar No. 00145)
Joel I. Sher (Md. Bar No. 00719)
Eric R. Harlan (Md. Bar No. 23492)
SHAPIRO SHER GUINOT & SANDLER. P.A.
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: (410) 385-4277
Fax: (410) 539 7611
pms@shapirosher.com
jis@shapirosher.com
erh@shapirosher.com

*Attorneys for Plaintiff County Commissioner of Carroll County, Maryland*

**IN RE: National Prescription**
**Opiate Litigation**                                                                                                                    MDL No. 2804

### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

IN RE: National Prescription Opiate Litigation                                              MDL No. 2804

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER - CTO-122** were served on all parties in the following cases electronically via ECF, or as indicated below, on November 26, 2019.

| | |
|---|---|
| Allergan PLC<br>Clonshaugh Business & Technology Park<br>Dublin, D17 E400, Ireland | Actavis PLC<br>5 Giralda Farms<br>Madison, New Jersey 07940 |
| Actavis Pharma, Inc.<br>f/k/a Watson Pharma, Inc.<br>Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, Delaware 19180 | Watson Pharmaceuticals, Inc.<br>n/k/a Actavis, Inc.<br>5 Giralda Farms<br>Madison, New Jersey 07940 |
| Watson Laboratories, Inc.<br>5 Giralda Farms<br>Madison, New Jersey 07940 | Actavis LLC<br>5 Giralda Farms<br>Madison, New Jersey 07940 |
| Cephalon, Inc.<br>1090 Horsham Road<br>North Wales, Pennsylvania 19454 | Teva Pharmaceutical Industries, Ltd.<br>5 Basel Street<br>Petach Tikva 49131<br>Israel |
| Teva Pharmaceuticals USA, Inc.<br>Corporate Creations Network Inc.<br>3411 Silverside Road<br>Tatnall Building, Suite 104<br>Wilmington, Delaware 19810 | Endo Health Solutions Inc.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |

IN RE: National Prescription
Opiate Litigation                                                                                    MDL No. 2804

Janssen Pharmaceuticals, Inc.
CT Corporation System
600 N. 2nd Street
Harrisburg, PA 17101

Endo Pharmaceuticals, Inc.
1090 Horsham Road
North Wales, PA 19454

Janssen Pharmaceutica, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
CT Corporation System
600 N. 2nd Street
Harrisburg, PA 17101

Ortho-McNeil-Janssen Pharmaceuticals, Inc.
n/k/a Janssen Pharmaceuticals, Inc.
CT Corporation System
600 N. 2nd Street
Harrisburg, PA 17101

Mallinckrodt PLC
3 Lotus Park
The Causeway
Staines-Upon-Thames, Surrey TW18 3AG
United Kingdom

Johnson & Johnson
One Johnson and Johnson Plaza
New Brunswick, New Jersey 08933

Michael Babich
18391 North 97th Place
Scottsdale, Arizona 85255

Richard Sackler
25 Windrose Way
Greenwich, Connecticut 06830

Theresa Sackler
15 E. 62nd Street
New York, NY 10065

Kathe Sackler
76 Clapboard Hill Road
Westport, Connecticut 06880

Jonathan Sackler
75 Field Point Circle
Greenwich, Connecticut 06830

Mortimer D.A. Sackler
8 E. 75th Street, Apt. 8#
New York, New York 10021

Beverly Sackler
60 Field Point Circle
Greenwich, Connecticut 06830

David Sackler
200 E. 66th Street, Apt. C2101
New York, New York 10065

Ilene Sackler Lefcourt
c/o The Hastings Center, Inc.
71 Malcolm Gordon Road
Garrison, New York 20635

Maryland CVS Pharmacy, LLC
2405 York Road
Suite 201
Lutherville-Timonium, MD 21093

**IN RE: National Prescription
Opiate Litigation**  MDL No. 2804

| | |
|---|---|
| Rite-Aid of Maryland, Inc.<br>2405 York Road<br>Suite 201<br>Lutherville-Timonium, MD 21093 | Rosen-Hoffberg Rehabilitation and<br>Pain Management<br>1001 Cromwell Bridge Road<br>Towson, MD 21286 |
| Howard J. Hoffberg<br>18 Norris Run court<br>Reisterstown, MD 21136 | Norman B. Rosen<br>129 Beech Bark Ln<br>Towson, MD 21286 |

Dated:  November 26, 2019         Respectfully submitted,

 /s/ *Paul Mark Sandler*
Paul Mark Sandler (Md. Bar No. 00145)
Joel I. Sher (Md. Bar No. 00719)
Eric R. Harlan (Md. Bar No. 23492)
SHAPIRO SHER GUINOT & SANDLER. P.A.
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Tel: (410) 385-4277
Fax: (410) 539 7611
pms@shapirosher.com
jis@shapirosher.com
erh@shapirosher.com

*Attorneys for Plaintiff County Commissioner of
Carroll County, Maryland*