**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

**MDL NO. 2804**

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Mallinckrodt LLC and SpecGx LLC write to notify the Clerk of the Panel of the potential tagalong action listed on the attached Schedule of Actions.[1]

The docket sheet and complaint are attached.

Dated: November 29, 2019                Respectfully submitted:

By:     */s/ Brien T. O'Connor*
        Brien T. O'Connor
        Ropes & Gray LLP
        800 Boylston Street
        Boston, Massachusetts 02199
        Tel: (617) 951-7000
        Fax: (617) 951-7050
        Brien.O'Connor@ropesgray.com

        *Counsel for Defendants Mallinckrodt LLC and SpecGx LLC*

---

[1] In identifying the potential tag-along actions, Defendants preserve all available defenses, including defenses related to the lack of, or deficient, service.