BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION
MDL No. 2804

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. without waiver of service of the Complaint, write to notify the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions. This action involves common questions of fact with the actions previously transferred by the Panel to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1407.[1]

Dated: December 4, 2019

Sincerely,

By: /s/ Jonathan Stern
JONATHAN L. STERN
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington DC 20001
Phone: (202) 942-5000
Fax No: (202) 942-5999
Jonathan.Stern@arnoldporter.com

*Counsel for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*

---

[1] In identifying the potential tag-along actions, Defendants preserve all available defenses, including defenses related to the lack of, or deficient, service.