UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    The DCH Health Care Authority v. Purdue Pharma, L.P.,  )
        S.D. Alabama, C.A. No. 1:19-00756                    )         MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

      A conditional transfer order was filed in this action (*DCH*) on October 22, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *DCH* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *DCH* was remanded to the Circuit Court of Conecuh County, Alabama, by the Honorable William H. Steele in an order filed on December 3, 2019.

      IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-117" filed on October 22, 2019, is VACATED insofar as it relates to this action.

                                                    FOR THE PANEL:

                                                    John W. Nichols
                                                    Clerk of the Panel