# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____  & TITLE - IN RE: _____

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendants Cardinal Health, Inc.; Cardinal Health 5, LLC; Cardinal Health 100, Inc.; Cardinal Health 107, LLC; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 121, LLC; Cardinal Health 122, LLC; Cardinal Health 128, LLC; Cardinal Health 132, LLC; Cardinal Health 200, LLC; Cardinal Health Pharmacy Services, LLC[1]

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____
Date                                               Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____     Fax No.: _____

Email Address: _____

---

[1] By filing this Notice of Appearance, Cardinal Health, Inc.; Cardinal Health 5, LLC; Cardinal Health 100, Inc.; Cardinal Health 107, LLC; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 121, LLC; Cardinal Health 122, LLC; Cardinal Health 128, LLC; Cardinal Health 132, LLC; Cardinal Health 200, LLC; Cardinal Health Pharmacy Services, LLC do not concede that they have received service of process in the listed cases, and preserve all available defenses, including defenses related to the lack of, or deficient, service.

JPML Form 18