BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules and Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants CVS Pharmacy, Inc. and CVS Health Corporation write to notify the Clerk of the Panel of the potential tag-along action listed in the attached Schedule of Actions. The action referred to therein involves common questions of fact with the actions previously transferred by the Panel to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1407.[1]

The docket sheet and complaint are attached.

Dated: December 20, 2019

Respectfully submitted,

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax:    (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for Defendants CVS Pharmacy, Inc. and CVS Health Corporation*

---

[1] By identifying the potential tag-along action, Defendants preserve all available defenses, including defenses related to the lack of personal jurisdiction.