BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## SCHEDULE OF ACTIONS

| Case Caption | Case No. | Court | Judge |
|---|---|---|---|
| **Plaintiffs:** DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM; <br> PALO PINTO COUNTY HOSPITAL DISTRICT A/K/A PALO PINTO GENERAL HOSPITAL; <br> GUADALUPE VALLEY HOSPITAL A/K/A GUADALUPE REGIONAL MEDICAL CENTER; <br> VHS SAN ANTONIO PARTNERS, LLC D/B/A BAPTIST MEDICAL CENTER; <br> VHS SAN ANTONIO PARTNERS, LLC D/B/A MISSION TRAIL BAPTIST HOSPITAL; <br> VHS SAN ANTONIO PARTNERS, LLC D/B/A NORTH CENTRAL BAPTIST HOSPITAL; <br> VHS SAN ANTONIO PARTNERS, LLC D/B/A NORTHEAST BAPTIST HOSPITAL; <br> VHS SAN ANTONIO PARTNERS D/B/A ST. LUKE'S BAPTIST HOSPITAL; <br> NACOGDOCHES MEDICAL CENTER; <br> RESOLUTE HOSPITAL COMPANY, LLC D/B/A RESOLUTE HEALTH; <br> THE HOSPITALS OF PROVIDENCE EAST CAMPUS; <br> THE HOSPITALS OF PROVIDENCE MEMORIAL CAMPUS; <br> THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS; | 4:19-cv-04834 | S.D. Tex. | Keith P. Ellison |

| | | | |
|---|---|---|---|
| THE HOSPITALS OF PROVIDENCE TRANSMOUNTAIN CAMPUS; VHS BROWNSVILLE HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER BROWNSVILLE; VHS HARLINGEN HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER; ARMC, L.P. D/B/A ABILENE REGIONAL MEDICAL CENTER; COLLEGE STATION HOSPITAL, LP F/K/A COLLEGE STATION MEDICAL CENTER; GRANBURY HOSPITAL CORPORATION D/B/A LAKE GRANBURY MEDICAL CENTER; NAVARRO HOSPITAL, L.P. D/B/A NAVARRO REGIONAL HOSPITAL; BROWNWOOD HOSPITAL, L.P. D/B/A BROWNWOOD REGIONAL MEDICAL CENTER; VICTORIA OF TEXAS, L.P. D/B/A DETAR HOSPITAL NAVARRO; LAREDO TEXAS HOSPITAL COMPANY, L.P. D/B/A LAREDO MEDICAL CENTER; SAN ANGELO HOSPITAL, L.P. D/B/A SAN ANGELO COMMUNITY MEDICAL CENTER; CEDAR PARK HEALTH SYSTEM, L.P. D/B/A CEDAR PARK REGIONAL MEDICAL CENTER; NHCI OF HILLSBORO, INC. D/B/A HILL REGIONAL HOSPITAL; LONGVIEW MEDICAL CENTER, L.P. D/B/A LONGVIEW REGIONAL MEDICAL CENTER; AND PINEY WOODS HEALTHCARE SYSTEM, L.P. D/B/A WOODLAND HEIGHTS MEDICAL CENTER  **Defendants:** AMNEAL PHARMACEUTICALS; AMNEAL PHARMACEUTICALS, INC.; | | | |

| | | | |
|---|---|---|---|
| TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC. ABBOTT LABORATORIES; ABBOTT LABORATORIES INC.; ASSERTIO THERAPEUTICS, INC. F/K/A DEPOMED, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS INC.; MALLINCKRODT PLC; MALLINCKRODT LLC; SPECGX LLC; ALLERGAN PLC; WATSON LABORATORIES, INC.; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ACTAVIS LLC F/K/A ACTAVIS INC.; ANDA, INC.; H. D. SMITH, LLC F/K/A H. D. SMITH WHOLESALE DRUG CO.; HENRY SCHEIN, INC.; AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC; MCKESSON CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; WALGREEN CO.; WALGREENS BOOTS ALLIANCE, INC.; WALMART INC.; RICHARD ANDREWS, MD; THEODORE OKECHUKU, MD; | | | |

| NICOLAS PADRON, MD; AND CARLOS LUIS VENEGAS, MD; | | | |
|---|---|---|---|