BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## PROOF OF SERVICE

I hereby certify that, on December 20, 2019, I caused to be served a true and correct copy of a Notice of Potential Tag-Along Actions upon counsel listed on the attached Service List via the means described therein.

/s/ *Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax:     (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Counsel for Defendants CVS Pharmacy, Inc. and CVS Health Corporation.*

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**
**MDL NO. 2804**

**SERVICE LIST**

*Dallas County Hospital District, et al. v. Amneal Pharmaceuticals, et al., 4:19-cv-4834 (S.D. Tex.)*

**Service Via CM/ECF Notification or Email:**

> Warren T. Burns
> BURNS CHAREST LLP
> 900 Jackson Street, Suite 500
> Dallas, Texas 75202
> Telephone: (496) 904-4550
> Email: wburns @burnscharest.com
>
> Rick Yelton III
> BURNS CHAREST LLP
> 365 Canal Street, Suite 1170
> New Orleans, LA 70130
> Telephone: (504) 799-2845
> Email: ryelton@burnscharest.com
>
> Zona Jones
> HARRISON DAVIS STEAKLEY MORRISON JONES, P.C.
> 850 Park Street
> Beaumont, TX 77701
> Telephone: (409) 753-000
> Email: zona@thetriallawyers@com
>
> Jonathan W. Cuneo
> Monica Miller
> CUNEO GILBERT & LADUCA, LLP
> 4725 Wisconsin Avenue, NW, Suite 200
> Washington, DC 20016
> Telephone: (202) 789-3960
> Email: jonc@cuneolaw.com
> Email: moncia@cuneolaw.com
>
> Steve Martino
> TAYLOR MARTINO
> 455 St. Louis Street
> Mobile, AL 36602
> Telephone: (251) 433-3131
> Email: stevemartino@taylormartino.com

Don Barrett
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-9168
Email: donbarrettpa@gmail.com

*Counsel for Dallas County Hospital District d/b/a Parkland Health & Hospital System; Palo Pinto County Hospital a/k/a Palo Pinto General Hospital; Guadalupe Valley Hospital a/k/a Guadalupe Regional Medical Center; VHS San Antonio Partners LLC d/b/a Baptist Medical Center; VHS San Antonio Partners, LLC d/b/a Mission Trail Baptist Hospital; VHS San Antonio Partners, LLC d/b/a North Central Baptist Hospital; VHS San Antonio Partners, LLC d/b/a Northeast Baptist Hospital; VHS San Antonio Partners d/b/a St. Luke's Baptist Hospital; Nacogdoches Medical Center; Resolute Hospital Company, LLC d/b/a Resolute Health; The Hospitals of Providence East Campus; The Hospitals of Providence Memorial Campus; The Hospitals of Providence Sierra Campus; The Hospitals of Providence Transmountain Campus; VHS Brownsville Hospital Company, LLC d/b/a Valley Baptist Medical Center Brownsville; VHS Harlingen Hospital Company, LLC d/b/a Valley Baptist Medical Center; ARMC, L.P. d/b/a Abilene Regional Medical Center; College Station Hospital, LP f/k/a College Station Medical Center; Granbury Hospital Corporation d/b/a Lake Granbury Medical Center; Navarro Hospital, L.P. d/b/a Navarro Regional Hospital; Brownwood Hospital, L.P. d/b/a Brownwood Regional Medical Center; Victoria Center of Texas, L.P. d/b/a Detar Hospital Navarro; Laredo Texas Hospital Company, L.P. d/b/a Laredo Medical Center; San Angelo Hospital, L.P. d/b/a San Angelo Community Medical Center; Center Park Health System, L.P. d/b/a Cedar Park Regional Medical Center; NCHI of Hillsboro, Inc. d/b/a Hill Regional Hospital; Longview Medical Center, L.P. d/b/a Longview Regional Medical Center; and Piney Woods Healthcare System, L.P. d/b/a Woodland Heights Medical Center.*

| | |
|---|---|
| Russell W. Schell<br>SCHELL COOLEY RYAN CAMPBELL LLP<br>5057 Keller Springs Road, Suite 425<br>Addison, Texas 75001<br>Telephone: (214) 665-2000<br>Email: rschell@schellcooley.com<br><br>*Counsel for Defendants Amneal Pharmaceuticals and Amneal Pharmaceuticals, Inc.* | Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone: (215) 963-5000<br>Email: steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC f/k/a Actavis Inc.; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.* |

| | |
|---|---|
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Email: clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.* | John A. McCauley<br>VENABLE<br>Suite 900<br>750 Pratt Street<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Email: jmccauley@venable.com<br><br>*Counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc.* |
| Kevin M. Sadler<br>BAKER BOTTS LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, TX 78701<br>Telephone: (512) 322-2500<br>Email: david.arlington@bakerbotts.com<br><br>*Counsel for Defendant Assertio Therapeutics, Inc. f/k/a Depomed, Inc.* | Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street NW<br>Washington, DC 20004<br>Telephone: (202) 239-3254<br>Email: daniel.jarcho@alston.com<br><br>*Counsel for Defendant Noramco, Inc.* |
| Hannah Sibiski<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>700 Louisiana Street, Suite 4000<br>Houston, TX 77002<br>Telephone: (713) 576-2400<br>Email: hannah.sibinski@arnoldporter.com<br><br>*Counsel for Defendants Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc.* | Jeffey R. Parsons<br>PARSON MCENTIRE MCCLEARY PLLC<br>One Riverway, Suite 1800<br>Houston, TX 77056<br>Telephone: (713) 960-7315<br>Email: jparsons@pmmlaw.com<br><br>Brien T. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Telephone: (617) 951-7000<br>Email: brian.o'connor@ropesgray.com<br><br>*Counsel for Defendants Mallinckrodt, LLC; Mallinckrodt plc; and SpecGx LLC* |

| | |
|---|---|
| Donna M. Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Email: dwelch@kirkland.com<br><br>*Counsel for Defendant Allergan plc* | Ana M. Francisco<br>James W. Matthews<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>Telephone:  (617) 342-4000<br>Email:  afrancisco@foley.com<br>Email: jmatthews@foley.com<br><br>*Counsel for Defendant Anda, Inc.* |
| Lucas C. Wohlford<br>Barnes & Thornburg LLP<br>2121 North Pearl, Suite 700<br>Dallas, TX 75201<br>Telephone: (214) 258-4106<br>Email: lwohlford@btlaw.com<br><br>*Counsel for Defendant H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Company* | John P. McDonald<br>LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201<br>Telephone: (214) 740-8758<br>Email: jpmcdonald@lockelord.com<br><br>*Counsel for Defendant Henry Schein, Inc.* |
| Robert A. Nicholas<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8252<br>Email: rnicholas@reedsmith.com<br><br>*Counsel for Defendants AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation* | Enui Mainigi<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Email: emainigi@wc.com<br><br>*Counsel for Defendant Cardinal Health, Inc.* |
| Craig Smyser<br>SMYSER KAPLAN & VESELKA LLP<br>717 Texas, Suite 2800<br>Houston, TX 77002<br>Telephone: (713) 221-2300<br>Email: csmyser@skv.com<br><br>*Counsel for Defendant McKesson Corporation* | Kaspar J. Stoffelmayr<br>BARTLIT BECK LLP<br>54 W. Hubbard Street<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Email: kaspar.stoffelmayr@bartlitbeck.com<br><br>*Counsel for Defendants Walgreens Boots Alliance, Inc. and Walgreen Co.* |

| |
|---|
| Christopher Lovrien<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 243-2567<br>Email: cjlovrien@jonesday.com<br><br>*Counsel for Defendant Walmart, Inc.* |

**Sent via U.S. Mail**:

| | |
|---|---|
| Richard Andrews, MD<br>3905 Highgrove Drive<br>Dallas, TX  75220<br><br>*Counsel for Defendant Richard Andrews, MD is unknown* | Theodore Okechuku, MD<br>FCI Texarkana<br>Federal Correctional Institution Register Number: 59813-060<br>4001 Leopard Drive<br>Texarkana, TX 75501<br><br>*Counsel for Defendant Theodore Okechuku, MD is unknown* |
| Nicholas Padron, MD<br>USP Beaumont<br>United States Penitentiary Register Number: 44575-177<br>6200 Knauth Road<br>Beaumont, TX 77705<br><br>*Counsel for Defendant Nicholas Padron, MD is unknown* | Carlos Luis Venegas, MD<br>FCI Seagoville<br>U.S. Correctional Institution Register Number: 54988-177<br>2113 North Hwy. 175<br>Seagoville, TX 75159<br><br>*Counsel for Defendant Carlos Luis Venegas, MD is unknown* |

Dated: December 20, 2019 Respectfully submitted,

/s/ Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax:    (202) 822-8106
E-mail:edelinsky@zuckerman.com
E-mail:smiller@zuckerman.com

*Counsel for Defendants CVS Pharmacy, Inc. and CVS Health Corporation.*