## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**          MDL No. 2804

***Vernon County, Missouri v. Allergan PLC et al.***, D. Missouri, Eastern Division,
Case No. 4:19-cv-03302

## NOTICE OF OPPOSTION TO CONDITIONAL TRANSFER ORDER - CTO-128

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff, Vernon County, Missouri, in the above-referenced action hereby submits this Notice of Opposition to CTO-128 for transfer of its action to MDL No. 2804 as a "tag along action." Plaintiff will file a motion to vacate CTO-128 as to the above-referenced actions pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

DATED: December 30, 2019

Respectfully submitted,

*/s/ John F. Edgar*
John F. Edgar        # 47128
Michael R. Owens  # 67002
**EDGAR LAW FIRM**
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com
mro@edgarlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## BEFORE THE UNITED STATES JUDICIAL PANL
## ON MULTIDISTRICT LITIGATION

**IN RE: National Prescription Opiate Litigation**                **MDL No. 2804**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on December 27, 2019, a copy of the foregoing **NOTICE OF OPPOSTION TO CONDITIONAL TRANSFER ORDER -  CTO-128** was served on all parties in the following cases electronically via the court's CM/ECF electronic filing system and/or sent via U.S. mail to the parties listed on the attached service list.

DATED:  December 30, 2019                    Respectfully submitted,

*/s/ John F. Edgar*
John F. Edgar        # 47128
Michael R. Owens  # 67002
**EDGAR LAW FIRM**
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com
mro@edgarlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

# SERVICE LIST

**Vernon County, Missouri v. Allergan PLC, et al., Case No. MOE/4:19-cv-03302**

<u>Service Via CM/ECF Notification or Email</u>

Matthew A. Jacober
Lauren M. Wacker
LATHROP GAGE LLP
7701 Forsyth Blvd., Ste. 500
Clayton, MO 63105
mjacober@lathropgage.com
lwacker@lathropgage.com

Christopher Lovrien
Sarah Conway
JONES DAY
555 South Flower St., 50th Fl
Los Angeles, CA 90071
cjlovrien@jonesday.com
sgconway@jonesday.com

*Attorneys for Defendant Walmart Inc.,
And Wal-Mart Stores East I, LP*

Randy Soriano
Peter Bay
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway Ste. 3600
St. Louis, MO 63102
rjsoriano@bclplaw.com
peter.bay@bclplaw.com

Richard L. Gallagher
ROPES & GRAT LLP
Three Embarcadero Center
San Francisco, CA 94111
Richard.gallagher@ropesgray.com

Robert T. Haar
Matthew A. Martin
HAAR & WOODS, LLP
1010 Market St., Ste. 1620
St. Louis, MO 63101
roberthaar@haar-woods.com
mmartin@haar-woods.com

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St. Ste. 4000
Houston, TX 77002-5005
nancy.patterson@morganlewis.com

*Attorneys for Defendants Teva
Pharmaceuticals USA, Inc., Cephalon,
Inc., Actavis Pharma, Inc., f/k/a Watson
Pharma, Inc., Actavis LLC and Watson
Laboratories, Inc.*

Charles C. Lifland
O'Melveny & Myers LLP
400 S. Hope St.
Los Angeles, CA 90071
clifland@omm.com

Counsel for Defendants Johnson & Johnson,
*Janssen Pharmaceuticals, Inc.; Ortho-,
McNeil-Janssen Pharmaceuticals, Inc.n/k/a
Janssen Pharmaceuticals, Inc.; Janssen
Pharmaceutica, Inc. n/k/a Janssen
Pharmaceuticals, Inc.*
.

Brien T.O'Connor
Andrew J.O'Connor
ROPERS & GRAY, LLP
800 Boylston St.
Boston, MA 02199
Brien.o'connor@ropesgray.com
Andrew.o'connor@ropesgray.com

*Attorneys for Defendant Mallinckrodt LLC
and SpecGX LLC*

Jonathan T. Barton
STANTON BARTON LLC
8000 Maryland Ave., Ste. 450
St. Louis, MO 63105
jbarton@stantonbarton.com

Christopher B. Essig
Scott Ahmad
WINSTON & STRAWN LLP
35 W Wacker Dr.
Chicago, IL 60601
CEssig@winston.com
SAhmad@winston.com

*Counsel for Defendants West-Ward
Pharmaceuticals Corp., n/k/a Hikma
Pharmaceuticals USA Inc.*

James F. Bennett
Arsenio L. Mims
DOWD BENNETT LLP
7733 Forsyth Blvd., Ste. 1900
St. Louis, MO 63105
jbennett@dowdbennett.com
amims@dowdbennett.com

*Attorneys for Defendants AmerisourceBergen
Corporation and PharMEDium Services, LLC*

Christopher J. Lawhorn
Meghan M. Lamping
Lindsay Leible Combs
CARMODY MacDONALD P.C
120 s. CENTRAL Ave., Ste. 1800
St. Louis, MO 63105
cjl@carmodymacdonald.com
mml@carmodymacdonald.com
ltl@carmodymacdonald.com

Adam K. Levin
Rebecca C. Mandel
HOGAN LOVELLS US LLP
555 13TH St. NW
Washington DC, 20004
adam.levin@hoganlovells.com
rebecca.mandel@hoganlovells.com

*Attorneys for Defendants Mylan N.V.
Mylan Pharmaceuticals Inc., and Mylan
Institutional Inc.*

Anita M. Kidd
Julie Fix Meyer
Sarah E. Harmon
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105-1847
akidd@armstrongteasdale.com
jfixmeyer@armstrongteasdale.com
sharmon@armstrongteasdale.com

*Attorneys for Defendants Cardinal Health
Inc.; Cardinal Health 5, LLC; Cardinal
Health 100, Inc.; Cardinal Health 108, LLC
Cardinal Health 110, LLC' Cardinal Health
113, LLC; Cardinal Health 122, LLC;
Cardinal Health 132, LLC; Cardinal Health
200, LLC; Cardinal Health 201, Inc.;
Cardinal Health 414, LLC; and Cardinal
Health Pharmacy Services, LLC*

Russell R. Dickson
Frank H. Spruiell, Jr.
WIENER WEISS & MADISON, APC
330 Marshall St., Ste. 1000
Shreveport, LA 71101
rdickson@wwmlaw.com
FSpruiell@wwmlaw.com

*Attorneys for Morris & Dickson Co., L.L.C.*

**Service Via U.S. Mail**

ENDO HEALTH SOLUTIONS INC,
Defendant
Attn: Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

ENDO PHARMACEUTICALS INC.
Defendant
Attn: Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

PAR PHARMACEUTICAL COMPANIES, INC.
Defendant
Attn: CT Corporation System
28 Liberty Street
New York, NY 10005

PAR PHARMACEUTICAL INC.
Defendant
Attn: CT Corporation System
111 Eighth Ave., 13th FL
New York, NY 10011

MICHAEL BABICH, Defendant
18391 North 97th Place
Scottsdale, AZ 85255

JOHN KAPOOR, Defendant
6610 N. 29th Place
Phoenix, AZ 85016

PHARMACY BUYING ASSOCIATION, INC.
Defendant
Attn: Nick Smock
6300 Enterprise Rd.
Kansas City, MO 64120

PHARMALINK, INC.
Registered Agent Solutions, Inc.
3225 A Emerald Lane
Jefferson City, MO 65109

ALLERGAN PLC, Defendant
Morris Corporate Center III
400 Interpace Parkway
Parsippany, NJ 07054

NOVARTIS PHARMACEUTICALS CORPORATION
Defendant
Attn: CSC Lawyers Inc Service Co.
221 Bolivar Street
Jefferson City, MO 65101

## No Service to be Made

Notice of Dismissal as to defendant Hospira, Inc., was filed with the Circuit Court for the City of St. Louis, Missouri on December 12, 2019 in case 1922-CC11944.  Therefore, no service will be made on defendant Hospira, Inc.