BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>National Prescription Opiate Litigation | MDL No. 2804 |

*This document relates to Opposed Action:*

*Pike County, Missouri v. Allergan PLC et al.*, D. Missouri, Eastern Division,
Case No. 4:19-cv-03170

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-125)**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Pike County, Missouri, in the above-referenced action hereby submits this Motion to Vacate Conditional Transfer Order 125 issued on December 10, 2019 with respect to the above-listed tag-along action.

DATED: January 2, 2020

Respectfully submitted,

*/s/ John F. Edgar*
John F. Edgar        # 47128 (MO)
Michael R. Owens     # 67002 (MO)
**EDGAR LAW FIRM LLC**
2600 Grand Blvd., Suite 440
Kansas City, Missouri 64108
Ph:          (816) 531-0033
Facsimile:   (816) 531-3322
jfe@edgarlawfirm.com
mro@edgarlawfirm.com

1191527.1/81715.05011

**IN RE: National Prescription
Opiate Litigation**                                                                                                   MDL No. 2804

Terry L. Pabst         #37187(MO)
**EDGAR LAW FIRM LLC**
950 Francis Place, Ste. 107
St. Louis, Missouri 63105
Telephone: (314) 812-8780
Facsimile: (314) 725-0912
tpabst@webpabstlaw.com

Jeff Reeves (*pro hac vice*)
Cheryl Priest Ainsworth (*pro hac vice*)
Kevin N. Royer (*pro hac vice*)
**THEODORA ORINGHER PC**
535 Anton Blvd., Ninth Floor
Costa Mesa, California 92626
Telephone: (714) 549-6200
Facsimile: (714) 549-6201
jreeves@tocounsel.com
cainsworth@tocounsel.com
kroyer@tocounsel.com

*Attorneys for Plaintiff, Pike County, Missouri*