**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE:  NATIONAL PRESCRIPTION
OPIATE LITIGATION                                                                             MDL Docket No. 2804

Relates to:      4:19-cv-04834
*Dallas County Hospital District d/b/a Parkland Health & Hospital System., et al. v.
Amneal Pharmaceuticals, et al.*

**PLAINTIFFS' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-128)**

Pursuant to Rule 7.1(c) of the Rules of Civil Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Dallas County Hospital District d/b/a Parkland Health & Hospital System, a political subdivision of the State of Texas, ("Parkland"); Palo Pinto County Hospital District a/k/a Palo Pinto General Hospital; Guadalupe Valley Hospital a/k/a Guadalupe Regional Medical Center; VHS San Antonio Partners, LLC d/b/a Baptist Medical Center, Mission Trail Baptist Hospital, North Central Baptist Hospital, Northeast Baptist Hospital, and St. Luke's Baptist Hospital; Nacogdoches Medical Center; Resolute Hospital Company, LLC d/b/a Resolute Health; The Hospitals of Providence East Campus; The Hospitals of Providence Memorial Campus; The Hospitals of Providence Sierra Campus; The Hospitals of Providence Transmountain Campus; VHS Brownsville Hospital Company, LLC d/b/a Valley Baptist Medical Center – Brownsville; VHS Harlingen Hospital Company, LLC d/b/a Valley Baptist Medical Center; ARMC, L.P. d/b/a Abilene Regional Medical Center; College Station Hospital, LP; Granbury Hospital Corporation d/b/a Lake Granbury Medical Center; Navarro Hospital, L.P. d/b/a Navarro Regional Hospital; Brownwood Hospital, L.P. d/b/a Brownwood Regional Medical Center; Victoria of Texas, L.P. d/b/a DeTar Hospital Navarro and DeTar Hospital North, Laredo Texas Hospital Company, L.P. d/b/a Laredo Medical Center; San Angelo Hospital, L.P. d/b/a San Angelo Community Medical Center; Cedar Park Health System, L.P. d/b/a Cedar Park Regional Medical Center; NHCI of Hillsboro, Inc. d/b/a Hill Regional Hospital; Longview Medical Center, L.P. d/b/a Longview Regional Medical Center; and

Piney Woods Healthcare System, L.P. d/b/a Woodland Heights Medical Center (collectively "Plaintiffs") submit this opposition to conditional transfer order (CTO-128) as it relates to their case *Dallas County Hospital District d/b/a Parkland Health & Hospital System., et al. v. Amneal Pharmaceuticals, et al*, Case No. 1:19-cv-04834, U.S. District Court for the Southern District of Texas, Houston Division, or, as it was pending prior to removal, MDL Pretrial Cause No. 2019-85177 in the 152nd Judicial District Court of Harris County, Texas.

Dated: January 2, 2020

Respectfully Submitted,

By:   /s/ Warren T. Burns
Warren T. Burns (TX SBN 24053119)
Attorney-in-charge
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com

Darren Nicholson (SBN 24032789)
Will Thompson (SBN 24094981)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Main: 469-904-4550
Fax: 469-444-5002
dnicholson@burnscharest.com
wthompson@burnscharest.com

Rick Yelton III (SBN 24113469)
Lydia A. Wright
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Main: 504-799-2845
Fax: 504-881-1765
Ryelton@burnscharest.com
Lwright@burnscharest.com

Zona Jones (SBN 10887600)
**HARRISON DAVIS STEAKLEY MORRISON JONES, P.C.**
850 Park Street
Beaumont, TX 77701
PH: (409) 753-0000
FAX: (409) 833-0075

Zona@TheTrialLawyers.com

Don Barrett
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, MS 39095-0927
Office: 662-834-9168
donbarrettpa@gmail.com

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com
monica@cuneolaw.com
mark@cuneolaw.com
dblack@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com

Steve Martino
Ruth Lichtenfeld
**TAYLOR MARTINO, P.C.**
455 St. Louis Street
Mobile, AL 36602
Telephone: (251) 433-3131
stevemartino@taylormartino.com
ruth@taylormartino.com

Attorneys for Plaintiffs