BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## AMENDED PROOF OF SERVICE

I hereby certify that on December 23, 2019, a copy of the Notice of Appearance and the Corporate Disclosure Statements of Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC concerning Conditional Transfer Order 124 were filed with the Court via the Multidistrict Litigation CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users, and were served on the following parties in the manner indicated below.

## SERVICE LIST

1) The following Defendants were served via U.S. Mail:

Alec Burlakoff
11800 S. Gardens Dr. Apt. 101
Palm Beach Gardens, FL 33418-5903

Michael J. Gurry
5851 E. Sharon Drive
Scottsdale, AZ 85254

Richard M. Simon
1405 Electric Avenue
Seal Beach, CA 90740

Sunrise Lee
8608 Woodruff Drive, SW
Byron Center, MI 49315

Thomas Justin Palmer
305 North Jackson Street
Mobile, AL 36603

Bridgette Parker

3461 Deer Track Drive
Semmes, AL 36575

    2) Counsel for Plaintiffs and all other Defendants were served via ECF.

Dated: January 3, 2020

                                                             /s/ *Paul J. Cosgrove*
Paul J. Cosgrove (Ohio Bar No. 0073160)
Jeffrey F. Peck (Ohio Bar No. 0077943)
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email: pcosgrove@ulmer.com
Email: jpeck@ulmer.com
*Attorneys for Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC and Impax Laboratories, LLC*