**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: National Prescription Opiate Litigation** | ) |
| | ) |
| **This document relates to:** | ) |
| | )   **MDL No. 2804** |
| *Board of County Commissioners of Le Flore County v. Purdue Pharma L.P., et al.,* Civil Action No. 6:19-cv-00362 (E.D. Okla.) | ) ) ) |
| | ) |
| *Board of County Commissioners of Logan County v. Purdue Pharma L.P., et al.,* Civil Action No. 5:19-cv-00984 (W.D. Okla.) | ) ) ) |
| | ) |
| *Board of County Commissioners of Texas County v. Purdue Pharma L.P., et al.,* Civil Action No. 5:19-cv-00987 (W.D. Okla.) | ) ) ) |

**AMENDED CERTIFICATE OF SERVICE OF MANUFACTURER
DEFENDANTS' OPPOSITION TO PLAINTIFFS' <u>MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-120)</u>**

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rule of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on January 3, 2020, I caused to be served a true and correct copy of *The Manufacturer Defendants' Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-120)* upon the counsel listed in the attached Service List via the means described therein.

Dated: January 3, 2020

*/s/ Brien T. O'Connor*
Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 235 4650
Brien.O'Connor@ropesgray.com

*Attorney for Defendant MALLINCKRODT LLC. Specially appearing for Defendant MALLINCKRODT PLC.*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

**Service Via CM/ECF Notification or Email:**

THIS IS TO CERTIFY that on January 3, 2020 I caused to be electronically filed the foregoing Manufacturer Defendants' Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-120) with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using CM/ECF system, which was served on all parties electronically via ECF, or as indicated below:

Matthew J. Sill (Okla. Bar #21547)
FULMER SILL
P.O. Box 2448
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone/Fax: 405-510-0077
msill@fulmersill.com

*Attorney for Board of County
Commissioners of Le Flore County,
Board of County Commissioners of
Logan County, and Board of County
Commissioners of Texas County*

Robert G. McCampbell
Jeffrey A. Curran
Ashley E. Quinn
Nicholas V. Merkley
Gable Gotwals—OKC
211 N. Robinson Ave., Suite 1500
Oklahoma City, OK 73102
405-235-5567
Fax: 405-235-2875
rmccampbell@gablelaw.com
jcurran@gablelaw.com
aquinn@gablelaw.com
nmerkley@gablelaw.com

*Attorneys for Cephalon, Inc.; Teva
Pharmaceuticals USA, Inc.; Actavis Pharma,
Inc.; Watson Pharma, Inc.; Watson Laboratories, Inc.;
Actavis LLC; Anda Pharmaceuticals; Anda Inc.*

Susan E. Huntsman
D. Michael McBride, III
Crowe & Dunlevy (Tulsa)
500 Kennedy Building
321 S. Boston Ave.
Tulsa, OK 74103
918-592-9866
918-599-9801 (Facsimile)
susan.huntsman@crowedunlevy.com
mike.mcbride@crowedunley.com

*Attorneys for AmerisourceBergen Corp.*

Ray E. Zschiesche
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N. Robinson
Oklahoma City, OK 73102
405-235-4100
405-235-4133 (Fax)
rezschiesche@phillipsmurrah.com
ecf@phillipsmurrah.com

Jonathan L. Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NEW
Washington, DC 20001-3743
202-942-5000
202-942-5999 (Fax)
Jonathan.Stern@arnoldporter.com

*Attorneys for Endo Health Solutions, Inc.;*
*Endo Pharmaceuticals, Inc.*


Amy J. Pierce
Joe M. Hampton
Hampton Barghols Pierce PLLC
210 W. Park Ave., Suite 2700
Oklahoma City, OK 73102
405-600-9255
Fax: 405-600-6851
apierce@hbplawok.com
jhampton@hbplawok.com

*Attorneys for Insys Therapeutic, Inc.*

John H. Sparks
Michael W. Ridgeway
Odom, Sparks & Jones, PLLC
Highpoint Office Building
2500 McGee Dr., Suite 140
Norman, OK 73072
Telephone: 405-701-1863
Facsimile: 405-310-5394
sparksj@odomsparks.com
ridgewaym@odomsparks.com

Charles C. Lifland
O'MELVENY & MYERS LLP

400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Attorneys for Johnson & Johnson;*
*Janssen Pharmaceuticals, Inc.;*
*Ortho-McNeil-Janssen Pharmaceuticals, Inc.*
*n/k/a Janssen Pharmaceuticals, Inc.;*
*Janssen Pharmaceutica, Inc. n/k/a Janssen*
*Pharmaceuticals, Inc.*

Joshua D. Burns
Sandy Coats
Crowe & Dunlevy—OKC
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
405-235-7700
Fax: 405-272-5269
sandy.coats@crowedunlevy.com
joshua.burns@crowedunlevy.com

*Attorneys for Purdue Pharma L.P., Purdue*
*Pharma Inc., and The Purdue Frederick*
*Company, Inc.*

Kaylee Davis-Maddy
Doerner, Saunders, Daniel & Anderson
105 N. Hudson Ave., Ste. 1000
Oklahoma City, OK 73102
405-319-3513
405-319-3524 – Fax
kmaddy@dsda.com

Stuart D. Campbell
Doerner, Saunders, Daniel & Anderson
Two W. Second St., Ste. 700
Tulsa, OK 74103
918-528-1211
918-591-5360 – Fax
scampbell@dsda.com

*Attorneys for McKesson Corp.*

Ryan A. Ray

Norman Wohlgemuth Chandler
Jeter Barnett & Ray
401 S. Boston Ave.
2900 Mid-Continent Tower
Tulsa, OK 74103
918-583-7571
918-584-7846 – Fax
rar@nwcjlaw.com

*Attorney for Cardinal Health, Inc.;*
*Harvard Drug Group, LLC*

D. Todd Riddles
Cheek Law Firm, P.L.L.C.
311 N. Harvey Ave., Ste. 200
Oklahoma City, OK 73102
405-272-0621
405-232-1707 – Fax
triddles@cheeklaw.com

*Attorney for Quest Pharmaceuticals, Inc.*

Robert A. Bragalone
Gordon & Rees LLP—Dallas
2200 Ross Ave., Suite 4100W
Dallas, TX 75201
214-231-4714
Fax: 214-461-4053
bbragalone@grsm.com

*Attorney for Perry Fine, M.D. and*
*Lynn Webster, M.D.*

**Service via USPS First Class Mail (Counsel has not yet appeared)**

William Valuck, M.D.
Jackie Brannon Correctional Center
P.O. Box 1999
McAlester, OK 74502

Harvey Jenkins, M.D.
1065 S.W. 74th St., Apt. 5
Oklahoma City, OK 73159

Dated: January 3, 2020

                                          */s/ Brien T. O'Connor*
                                          Brien T. O'Connor
                                          ROPES & GRAY LLP
                                          Prudential Tower
                                          800 Boylston Street
                                          Boston, MA 02199-3600
                                          Tel: (617) 235 4650
                                          Brien.O'Connor@ropesgray.com

                                          *Attorney for Defendant MALLINCKRODT*
                                          *LLC. Specially appearing for Defendant*
                                          *MALLINCKRODT PLC.*