# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. 2804    & Title - **IN RE**: National Prescription Opiate Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Please see defendants in the attached schedule of actions. Mallinckrodt plc reserves all objections to personal jurisdiction, insufficient process, and insufficient service of process in the underlying actions.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Please see the attached schedule of actions.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 1/06/2020 | /s/ Brien T. O'Connor |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Brien T. O'Connor, Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199

Telephone No.: (617) 951-7385     Fax No.: (617) 235-0084

Email Address: Brien.O'Connor@ropesgray.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.)

The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.

2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).

9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION MDL

No. 2804

# SCHEDULE OF ACTIONS

|    | Short Case Caption | Court | Civil Action No. | Defendants Represented |
|----|--------------------|-------|------------------|------------------------|
| 1. | *Coal County Board of County Commissioners v. Purdue Pharma, LP et al.* | E.D. OK | 6:19-cv-00405 | Mallinckrodt plc; Mallinckrodt LLC |
| 2. | *Jackson County Board of County Commissioners v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01108 | Mallinckrodt plc; Mallinckrodt LLC |
| 3. | *Lincoln County Board of County Commissioners v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01109 | Mallinckrodt plc; Mallinckrodt LLC |
| 4. | *Woodward County Board of County Commissioners v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01110 | Mallinckrodt plc; Mallinckrodt LLC |
| 5. | *Board of County Commissioners of Noble County v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01127 | Mallinckrodt plc; Mallinckrodt LLC |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## PROOF OF SERVICE

I hereby certify that on January 6, 2020, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, a true and correct copy of Defendants Mallinckrodt LLC and Mallinckrodt plc's Notice of Appearance and this Proof of Service were filed with this Court through the CM/ECF system, which provides electronic service notification to all counsel of record, registered as CM/ECF users.

Copies of the foregoing documents were also mailed via First Class U.S. Mail to the parties listed in the attached Service List.

Dated: January 6, 2020

/s/ *Brien T. O'Connor*
Brien T. O'Connor
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199  Phone: (617) 951-7385
Fax No: (617) 235-0084
Brien.O'Connor@ropesgray.com

Attorney for Defendants
Mallinckrodt LLC and
Mallinckrodt plc

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

## **SERVICE LIST**

*Coal County Board of County Commissioners v. Purdue Pharma, LP et al.*
**(E.D. OK) 6:19-cv-00405**
*Jackson County Board of County Commissioners v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01108**
*Lincoln County Board of County Commissioners v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01109**
*Woodward County Board of County Commissioners v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01110**
*Board of County Commissioners of Noble County v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01127**

GCP Pharma LLC
45 NE 52nd Street
Oklahoma City, OK  73105

Physicians Total Care, Inc.
c/o Warren G. Moseley, Registered Agent
12515 E. 55th St., Suite 100
Tulsa, OK  74146