**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2804  & TITLE - IN RE: National Prescription Opiate Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Please see attached schedule of actions.
_____

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Mallinckrodt LLC, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

Mallinckrodt plc

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Mallinckrodt plc

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Brien T. O'Connor                                 Ropes & Gray LLP
_____        _____
        Signature of Attorney                                     Name of Firm

Prudential Tower, 800 Boylston St.              Boston, MA 02199
_____        _____
              Address                                           City/State/Zip Code

1/06/2020
Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION MDL

No. 2804

# SCHEDULE OF ACTIONS

|    | Short Case Caption | Court | Civil Action No. | Defendants Represented |
|----|---|---|---|---|
| 1. | *Coal County Board of County Commissioners v. Purdue Pharma, LP et al.* | E.D. OK | 6:19-cv-00405 | Mallinckrodt plc; Mallinckrodt LLC |
| 2. | *Jackson County Board of County Commissioners v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01108 | Mallinckrodt plc; Mallinckrodt LLC |
| 3. | *Lincoln County Board of County Commissioners v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01109 | Mallinckrodt plc; Mallinckrodt LLC |
| 4. | *Woodward County Board of County Commissioners v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01110 | Mallinckrodt plc; Mallinckrodt LLC |
| 5. | *Board of County Commissioners of Noble County v. Purdue Pharma LP et al.* | W.D. OK | 5:19-cv-01127 | Mallinckrodt plc; Mallinckrodt LLC |

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## PROOF OF SERVICE

I hereby certify that on January 6, 2020, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, a true and correct copy of Defendant Mallinckrodt LLC's Corporate Disclosure Statement and this Proof of Service were filed with this Court through the CM/ECF system, which provides electronic service notification to all counsel of record, registered as CM/ECF users.

Copies of the foregoing documents were also mailed via First Class U.S. Mail to the parties listed in the attached Service List.

Dated: January 6, 2020

/s/ *Brien T. O'Connor*
Brien T. O'Connor
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199
Phone: (617) 951-7385
Fax No: (617) 235-0084
Brien.O'Connor@ropesgray.com

Attorney for Defendants
Mallinckrodt LLC and
Mallinckrodt plc

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

## **SERVICE LIST**

*Coal County Board of County Commissioners v. Purdue Pharma, LP et al.*
**(E.D. OK) 6:19-cv-00405**
*Jackson County Board of County Commissioners v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01108**
*Lincoln County Board of County Commissioners v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01109**
*Woodward County Board of County Commissioners v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01110**
*Board of County Commissioners of Noble County v. Purdue Pharma LP et al.*
**(W.D. OK) 5:19-cv-01127**

GCP Pharma LLC
45 NE 52nd Street
Oklahoma City, OK  73105

Physicians Total Care, Inc.
c/o Warren G. Moseley, Registered Agent
12515 E. 55th St., Suite 100
Tulsa, OK  74146