UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

| | | |
|---|---|---|
| City of North Las Vegas v. Walgreens Boots Alliance, Inc., et al., D. Nevada, C.A. No. 2:19-02143 | ) ) | MDL No. 2804 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*North Las Vegas*) on December 26, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *North Las Vegas* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *North Las Vegas* was remanded to the Eighth Judicial District of Clark County, Nevada, by the Honorable James C. Mahan in an order filed on January 9, 2020.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-128" filed on December 26, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL

John W. Nichols
Clerk of the Panel