UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
      City of Las Vegas v. Purdue Pharma, L.P., et al.,   )
          D. Nevada, C.A. No. 2:19-02128         )         MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

     A conditional transfer order was filed in this action (*Las Vegas*) on December 23, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Las Vegas* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Las Vegas* was remanded to the Eighth Judicial District of Clark County, Nevada, by the Honorable James C. Mahan in an order filed on January 15, 2020.

     IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-127" filed on December 23, 2019, is VACATED insofar as it relates to this action.

                                              FOR THE PANEL

                                              John W. Nichols
                                              Clerk of the Panel