UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    Mobile County Board of Health, et al. v. Sackler, et al.,    )
        S.D. Alabama, C.A. No. 1:19-01007              )        MDL No. 2804

### ORDER VACATING CONDITIONAL TRANSFER ORDER

      A conditional transfer order was filed in this action (*Mobile County*) on December 4, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Mobile County* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Mobile County* was remanded to the Circuit Court of Mobile County, Alabama, by the Honorable Kristi K. DuBose in an order filed on January 15, 2020.

      IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-124" filed on December 4, 2019, is VACATED insofar as it relates to this action.

                                              FOR THE PANEL

                                              John W. Nichols
                                              Clerk of the Panel