UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

| | | |
|---|---|---|
| Jaren Depenning, et al. v. The Iowa Clinic, P.C., et al., | ) | |
| S.D. Iowa, C.A. No. 4:19-00386 | ) | MDL No. 2804 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 26, 2020, HEARING SESSION ORDER**

A conditional transfer order was filed in this action (*Depenning*) on December 13, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs and defendants Thomas Hansen, Pier Osweiler, and The Iowa Clinic, P.C. filed notices of opposition to the proposed transfer. The parties later filed motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Depenning* was remanded to the Iowa District Court for Polk County, Iowa by the Honorable John A. Jarvey in an order filed on February 21, 2020.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-126" filed on December 13, 2019, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2020, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel