UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    Bass v. Purdue Pharma L.P. et al.,                    )
        D. New Jersey, C.A. No. 2:19-19709           )        MDL No. 2804

**ORDER DEEMING MOTION MOOT
AND VACATING THE MARCH 26, 2020, HEARING SESSION**

      Before the Panel is a motion by pro se plaintiff Ronald Bass, Sr., seeking transfer, pursuant to 28 U.S.C. § 1407, of this action to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings ongoing in MDL No. 2804. The Panel has now been advised that this action has been dismissed without prejudice by the Honorable Brian R. Martinotti in an order filed on February 21, 2020.

      IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

      IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2020, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel