UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SUSPENSION OF PANEL
RULES 3.2(d) & 3.3(c)(i)                                                                      Misc. No. 20-01

**O R D E R**

  The United States Judicial Panel on Multidistrict Litigation continues to monitor the most current statements from the Centers for Disease Control and Prevention (CDC), as well as all communications disseminated by the Administrative Office of the U. S. Courts (AO), regarding the COVID-19 virus (coronavirus). In light of these recommendations, as well as those by local public health authorities, Panel staff are teleworking until further notice. Panel staff remain available during regular business hours. Parties and other members of the public needing assistance should contact the Panel's office via telephone or email. During this period, Panel operations will continue as normal to the extent possible. Some modifications to Panel operations, though, are necessary. Therefore, it is:

  ORDERED that the Panel office is closed to in-person filings until further order of the Panel. Filings with the Panel should be made using another method, such as electronic filing using CM/ECF or via facsimile, as set forth in the Panel Rules;

  IT IS FURTHER ORDERED that Rule 3.2(d)—requiring counsel to serve the Clerk of the Panel, for delivery within one business day of filing, courtesy copies of specified pleadings—is suspended until further order of the Panel; and

  IT IS FURTHER ORDERED that Rule 3.3(c)(i)—limiting pleadings filed via facsimile to ten pages—is suspended until further order of the Panel.

DATED: March 16, 2020                                                    FOR THE PANEL:

                                 _____
                                 John W. Nichols
                                 Clerk of the Panel