UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    City of Beckley, West Virginia v. Allergan PLC, et al.,    )
        N.D. West Virginia, C.A. No. 5:20-00073         )         MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*City of Beckley*) on April 28, 2020. The Panel has now been advised that *City of Beckley* has been remanded to the Circuit Court of Marshall County, West Virginia, by the Honorable John Preston Bailey in an order filed on May 4, 2020.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-150" filed on April 28, 2020, is VACATED.

                                                            FOR THE PANEL

                                                           John W. Nichols
                                                          Clerk of the Panel