**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

    Fayetteville Arkansas Hospital Company, LLC. et al v.    )
        Amneal Pharmaceuticals, LLC.et al,    )
        W.D. Arkansas, C.A. No. 5:20-05036    )    MDL No. 2804

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MAY 28, 2020, HEARING SESSION ORDER**

    A conditional transfer order was filed in this action (*Fayetteville Hospital*) on March 5, 2020. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Fayetteville Hospital* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Fayetteville Hospital* was remanded to the Circuit Court of Washington County, Arkansas, by the Honorable Timothy L. Brooks in an order filed on May 18, 2020.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-140" filed on March 5, 2020, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 24, 2020, are VACATED insofar as they relate to this action.

FOR THE PANEL

John W. Nichols
Clerk of the Panel