BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Johnson & Johnson (incorrectly named as "Johnson and Johnson International" in the Complaint), and Janssen Pharmaceuticals, Inc. (incorrectly named as "Janssen Pharmaceutical, Inc." in the Complaint) without waiver of service of the Complaint, write to notify the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Actions. This action involves common questions of fact with the actions previously transferred by the Panel to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1407.[1]

Dated: September 1, 2020

Sincerely,

By:  /s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; and Janssen Pharmaceuticals, Inc.*

---

[1] In identifying the potential tag-along action, Defendants preserve all available defenses, including defenses related to the lack of, or deficient, service.