BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Mallinckrodt LLC and SpecGx LLC write to notify the Clerk of the Panel of the potential tagalong action listed on the attached Schedule of Actions.[1]

The docket sheets and complaints are attached.

Dated: October 9, 2020

Respectfully submitted:

By:  */s/ Brien T. O'Connor*
Brien T. O'Connor
Ropes & Gray LLP
800 Boylston Street
Boston, Massachusetts 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
Brien.O'Connor@ropesgray.com

*Counsel for Defendants Mallinckrodt LLC and SpecGx LLC*

---

[1] In identifying the potential tag-along actions, Defendants preserve all available defenses, including defenses related to the lack of, or deficient, service.