# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION**
**OPIATE LITIGATION**

Walmart, Inc. v. U.S. Department of Justice et al.,  )
    E.D. Texas, C.A. No. 4:20-00817  )  MDL No. 2804

## ORDER DEEMING MOTION MOOT

Before the Panel is a motion by MDL Plaintiffs' Executive Committee, seeking transfer, pursuant to 28 U.S.C. § 1407, of this action to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings ongoing in MDL No. 2804. This matter was considered by the Panel at its hearing session on January 28, 2021. The Panel has now been advised that this action has been dismissed for lack of subject-matter jurisdiction by the Honorable Sean D. Jordan in an order filed on February 4, 2021.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel