BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: National Prescription Opiate Litigation

MDL No. 2804

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendants Cardinal Health, Inc. and Cardinal Health 110, LLC[1] write to notify you of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

By

*/s/ Enu Mainigi*
Enu Mainigi (DC Bar No. 454012)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com

*Counsel for Defendants Cardinal Health, Inc.; Cardinal Health 110, LLC*

Dated: May 26, 2021

---

[1] In identifying the potential tag-along actions, Cardinal Health, Inc. and Cardinal Health 110, LLC do not concede that they have received service of process in the listed cases, and preserve all available defenses, including defenses related to the lack of, or deficient, service.