BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: National Prescription Opiate Litigation

MDL No. 2804

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS[1]
### SCHEDULE OF ACTIONS

| Case Caption | Court and Division | Civil Action No. | Judge Assigned |
|---|---|---|---|
| **1.**<br>**Plaintiff:** The City of Niceville, Florida<br>**Defendants:** AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., McKESSON CORPORATION, TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC. ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC., NORAMCO, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., ALLERGAN PLC f/k/a ACTAVIS PLC, ALLERGAN FINANCE LLC, f/k/a ACTAVIS INC, f/k/a WATSON PHARMACEUTICALS, INC, WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., CVS HEALTH CORPORATION, Individually and d/b/a CVS PHARMACY, INC., J.M. SMITH CORPORATION, WALMART INC., WALMART STORES EAST, LP, Individually and d/b/a WAL-MART WAREHOUSE #45 and d/b/a WAL-MART PHARMACY WAREHOUSE, WALGREENS BOOTS ALLIANCE, INC., Individually and d/b/a WALGREEN EASTERN CO. INC., ALBERTSON'S LLC, WINN- | N.D. FL (Pensacola) | 3:21-cv-00770-MCR-EMT | M. Casey Rodgers |

---

[1] In identifying the potential tag-along actions, Cardinal Health, Inc. and Cardinal Health 110, LLC do not concede that they have received service of process in the listed cases, and preserves all available defenses, including defenses related to the lack of, or deficient, service.

| | | | |
|---|---|---|---|
| DIXIE STORES, INC, PUBLIX SUPER MARKETS, INC., ALVOGEN, INC., AMNEAL PHARMACEUTICALS, LLC, ANDA, INC, ASSOCIATED PHARMACIES, INC., KVK-TECH, INC., MYLAN PHARMACEUTICALS, INC., and PD-RX PHARMACEUTICALS, INC. | | | |
| 2.<br>**Plaintiff:** TEXARKANA INDEPENDENT SCHOOL DISTRICT, IRVING INDEPENDENT SCHOOL DISTRICT, SOCORRO INDEPENDENT SCHOOL DISTRICT, DOWNEY UNIFIED SCHOOL DISTRICT, KERN HIGH SCHOOL DISTRICT, WAUKEGAN COMMUNITY UNIT SCHOOL DISTRICT, BIBB COUNTY SCHOOL DISTRICT, SOUTH BEND COMMUNITY SCHOOL CORP., MESA COUNTY VALLEY SCHOOL DISTRICT 51, ELK GROVE UNIFIED SCHOOL DISTRICT, SMITH-GREEN COMMUNITY SCHOOLS, SCHOOL CITY OF MISHAWAKA, CITY OF MISHAWAKA, IN, CITY OF HILLVIEW, KY, CITY OF SHEPHERDSVILLE, KY, CITY OF MT. WASHINGTON, KY, PENN-HARRIS-MADISON SCHOOL CORP. and FORT WAYNE COMMUNITY SCHOOLS,<br>**Defendants:** ABBVIE, INC., KNOLL PHARMACEUTICAL COMPANY, ALLERGAN, PLC f/k/a ACTAVIS, PLC, ALLERGAN FINANCE, LLC f/k/a ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC., ALLERGAN SALES, LLC, ALLERGAN USA, INC., WATSON LABORATORIES, INC., WARNER CHILCOTT COMPANY, LLC, ACTAVIS, LLC, ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., ACTAVIS LABORATORIES UT, INC. f/k/a WATSON LABORATORIES, INC., ACTAVIS SOUTH ATLANTIC, LLC, ACTAVIS ELIZABETH, LLC, ACTAVIS MID ATLANTIC, LLC, ACTAVIS TOTOWA, LLC, ACTAVIS KADIAN, LLC, ACTAVIS LABORATORIES FL, INC., ASSERTIO THERAPEUTICS, INC. f/k/a DEPOMED, INC., ENDO HEALTH SOLUTIONS, INC., ENDO PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC. f/k/a PAR PHARMACEUTICAL HOLDINGS, INC., JANSSEN | E.D. TX (Beaumont) | 1:21-cv-00250-MAC | Maria A. Crone |

2

| | | | |
|---|---|---|---|
| PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC., JOHNSON & JOHNSON, NORAMCO, INC., MYLAN, INC., MYLAN INSTITUTIONAL, INC., MYLAN PHARMACEUTICALS, INC., MYLAN SPECIALTY, L.P., MYLAN BERTEK PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., AMNEAL PHARMACEUTICALS, LLC, AMNEAL PHARMACEUTICALS, INC., IMPAX LABORATORIES, LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMERISOURCEBERGEN COPORATION, AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., CARDINAL HEALTH 110, LLC, MCKESSON CORPORATION, and MCKESSON MEDICAL-SURGICAL, INC., | | | |