BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: National Prescription Opiate Litigation

MDL No. 2804

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Actions, docket sheets, and complaints were served on the following parties electronically via CM/ECF, or as indicated below, on May 26, 2021.

*The City of Niceville, Florida v. AmerisourceBergen Drug Corporation, et al.,*
Case No. 3:21-cv-00770-MCR-EMT (N.D. FL)

**Service by email or CM/ECF:**

| | |
|---|---|
| Peter J. Mougey<br>**LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR, & MOUGEY, P.A.**<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502-5996<br>Tel.: 850-435-7068<br>Fax: 850-436-6068<br>pmougey@levinlaw.com<br><br>*Counsel for Plaintiff The City of Niceville, Florida* | Robert A. Nicholas<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br><br>*Counsel for Defendant AmerisourceBergen Drug Corporation*<br><br>Enu Mainigi<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br><br>*Counsel for Defendant Cardinal Health, Inc.*<br><br>Russell D. Jessee<br>STEPTOE & JOHNSON PLLC<br>Chase Tower, 17th Floor<br>P.O. Box 1588<br>Charleston, WV 25326<br>(304) 353-8000<br>russell.jessee@steptoe-johnson.com<br><br>*Counsel for Defendant McKesson Corporation*<br><br>Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 239-3254<br>daniel.jarcho@alston.com<br><br>*Counsel for Defendant Noramco, Inc.* |

| | |
|---|---|
| Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva Pharmaceutical Industries Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*<br><br>Jonathan L. Stern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>Jonathan.Stern@arnoldporter.com<br><br>*Counsel for Defendants Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.*<br><br>Christopher Lovrien<br>JONES DAY<br>555 S. Flower St., 50th Floor<br>Los Angeles, CA 90071<br>(213) 243-2316<br>cjlovrien@jonesday.com<br><br>*Counsel for Defendants Walmart Inc.; Walmart Stores East, LP, Individually and d/b/a Wal-Mart Warehouse #45 and d/b/a Wal-Mart Pharmacy Warehouse* | Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc*<br><br>Donna Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2425<br>donna.welch@kirkland.com<br><br>*Counsel for Defendants Allergan Plc f/k/a Actavis Plc; Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*<br><br>Eric R. Delinsky<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, NW, Suite 1000<br>Washington, DC 20036<br>(202) 778-1800<br>edelinsky@zuckerman.com<br><br>*Counsel for Defendant CVS Health Corporation, Individually and d/b/a CVS Pharmacy, Inc.*<br><br>Kaspar J. Stoffelmayr<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br>(312) 494-4400<br>kaspar.stoffelmayr@bartlit-beck.com<br><br>*Counsel for Defendants Walgreens Boots Alliance, Inc., Individually and d/b/a Walgreen Eastern Co., Inc.* |

| | |
|---|---|
| James W. Matthews<br>FOLEY & LARDNER LLP<br>111 Huntington Ave<br>Boston, MA 02199<br>(617) 342-4000<br>jmatthews@foley.com<br><br>*Counsel for Defendant Anda, Inc.*<br><br>James H. Elliott, Jr.<br>RICHARDSON PLOWDEN AND ROBINSON PA<br>PO Box 21203<br>Charleston, SC 29413<br>843-805-6550<br>jelliott@richardsonplowden.com<br><br>*Counsel for Defendant J.M. Smith Corporation* | Adam K. Levin<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5488<br>adam.levin@hoganlovells.com<br><br>*Counsel for Defendant Mylan Pharmaceuticals, Inc.*<br><br>Brian S. Spitler<br>COPELAND, STAIR, KINGMA & LOVELL, LLP<br>920 McCallie Avenue<br>Chattanooga, TN 37403<br>423-777-4693<br>bspitler@cskl.law<br><br>*Counsel for Defendant Amneal Pharmaceuticals, LLC* |

**Service by U.S. mail:**

| | |
|---|---|
| Albertson's LLC<br>250 East Parkcenter Blvd<br>Boise, ID 83706 | KVK-Tech, Inc.<br>110 Terry Dr.<br>Newtown, PA 18940 |
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 | Publix Super Markets, Inc.<br>3300 Publix Corporate Parkway<br>Lakeland, FL 33811 |
| Alvogen, Inc.<br>44 Whippany Road, Suite 300<br>Morristown, NJ 07960 | Associated Pharmacies, Inc.<br>201 Lonnie East Crawford Blvd<br>Scottsboro, AL 35769 |
| PD-RX Pharmaceuticals, Inc.<br>727 North Ann Arbor Ave.<br>Oklahoma City, OK 73127 | |

*Texarkana Independent School District v. Abbvie, Inc., et al.,*
Case No. 1:21-cv-00250-MAC (E.D. TX)

**Service by email or CM/ECF:**

| | |
|---|---|
| Richard Lyle Coffman<br>**THE COFFMAN LAW FIRM**<br>3355 West Alabama, Suite 240<br>Houston, TX 77098<br>Telephone: (713) 528-6700<br>Facsimile: (866) 835-8250<br>rcoffman@coffmanlawfirm.com<br><br>Mitchell A. Toups<br>**MITCHELL A. TOUPS, LTD.**<br>2615 Calder Ave., Suite 400<br>Beaumont, TX 77702<br>Telephone: (409) 838-0101<br>Facsimile: (409) 838-6780<br>matoups@wgttlaw.com<br><br>*Counsel for Plaintiffs Texarkana Independent School District; Irving Independent School District; Socorro Independent School District; Downey Unified School District; Kern High School District; Waukegan Community Unit School District; Bibb County School District; South Bend Community School Corp.; Mesa County Valley School District 51; Elk Grove Unified School District; Smith-Green Community Schools; School City of Mishawaka; City of Hillview, KY; City of Mishawaka, IN; City of Shepherdsville, KY; City of Mt. Washington, KY; Penn-Harris-Madison School Corp.; Fort Wayne Community Schools* | John Laurens Wilkes<br>JONES DAY<br>717 Texas<br>Suite 3300<br>Houston, TX 77002<br>832-239-3796<br>jlwilkes@jonesday.com<br><br>*Counsel for Defendants AbbVie Inc.; Knoll Pharmaceutical Company*<br><br>Donna Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2425<br>donna.welch@kirkland.com<br><br>*Counsel for Defendants Allergan PLC f/k/a Actavis PLC; Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales LLC; Allergan USA Inc.*<br><br>Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5000<br>steven.reed@morganlewis.com<br><br>*Counsel for Defendants Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Warner Chilcott Company, LLC; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.; Actavis South Atlantic, LLC; Actavis Elizabeth, LLC; Actavis Mid Atlantic, LLC; Actavis Totowa, LLC; Actavis Kadian, LLC; Actavis Laboratories FL, Inc.* |

| | |
|---|---|
| Kevin M. Sadler<br>BAKER BOTTS LLP<br>1001 Page Mill Rd., Bldg. One, Suite 200<br>Palo Alto, CA 94304<br>(650) 739-7500<br>kevin.sadler@bakerbotts.com<br><br>*Counsel for Defendant Assertio Therapeutics, Inc. f/k/a Depomed, Inc.*<br><br>Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6000<br>clifland@omm.com<br><br>*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc.*<br><br>Brian S. Spitler<br>COPELAND, STAIR, KINGMA & LOVELL, LLP<br>920 McCallie Avenue<br>Chattanooga, TN 37403<br>423-777-4693<br>bspitler@cskl.law<br><br>*Counsel for Defendants Amneal Pharmaceuticals, LLC; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals of New York, LLC; Impax Laboratories, LLC*<br><br>Enu Mainigi<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br><br>*Counsel for Defendants Cardinal Health, Inc.; Cardinal Health 110, LLC* | Jonathan L. Stern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>Jonathan.Stern@arnoldporter.com<br><br>*Counsel for Defendants Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.*<br><br>Daniel G. Jarcho<br>ALSTON & BIRD LLP<br>950 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 239-3254<br>daniel.jarcho@alston.com<br><br>*Counsel for Defendant Noramco, Inc.*<br><br>Adam K. Levin<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>(202) 637-5488<br>adam.levin@hoganlovells.com<br><br>*Counsel for Defendants Mylan Inc.; Mylan Institutional, Inc.; Mylan Pharmaceuticals Inc.; Mylan Specialty, L.P.; Mylan Bertek Pharmaceuticals, Inc.*<br><br>Robert A. Nicholas<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8100<br>rnicholas@reedsmith.com<br><br>*Counsel for Defendants AmerisourceBergen Corporation; AmerisourceBergen Drug Corporation* |

6

| | |
|---|---|
| Russell D. Jessee<br>STEPTOE & JOHNSON PLLC<br>Chase Tower, 17th Floor<br>P.O. Box 1588<br>Charleston, WV 25326<br>(304) 353-8000<br>russell.jessee@steptoe-johnson.com<br><br>*Counsel for Defendants McKesson Corporation; McKesson Medical-Surgical, Inc.* | |

**Liaison Counsel**

**Service by email or CM/ECF:**

| | |
|---|---|
| Peter Henry Weinberger<br>SPANGENBERG SHIBLEY & LIBER LLP<br>1001 Lakeside Avenue East<br>Suite 1700<br>Cleveland, OH 44114-1149<br>(216) 696-3232<br>pweinberger@spanglaw.com<br><br>Steven J. Skikos<br>SKIKOS CRAWFORD SKIKOS & JOSEPH<br>One Sansome Street, Suite 2830<br>San Francisco, CA 94104<br>(415) 546-7300<br>sskikos@skikoscrawford.com<br><br>Troy A. Rafferty<br>LEVIN PAPANTONIO THOMAS<br> MITCHELL RAFFERTY & PROCTOR PA<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>(850) 435-7000<br>trafferty@levinlaw.com<br><br>*Liaison Counsel for Plaintiffs* | Carole Schwartz Rendon<br>BAKER & HOSTETLER LLP<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>(216) 861-7420<br>crendon@bakerlaw.com<br><br>Mark Steven Cheffo<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500<br>mark.cheffo@dechert.com<br><br>Ralph E. Cascarilla<br>WALTER & HAVERFIELD<br>3500 Tower at Erieview<br>1301 East Ninth Street<br>Cleveland, OH 44114<br>(216) 781-1212<br>rcascarilla@walterhav.com<br><br>Shannon E. McClure<br>REED SMITH LLP<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 851-8226<br>smcclure@reedsmith.com<br><br>Tyler G. Tarney<br>GORDON REES LLP<br>41 South High Street, Suite 240<br>Columbus, OH 43215<br>(614) 340-5558<br>ttarney@grsm.com<br><br>*Liaison Counsel for Defendants* |

By  /s/ Enu Mainigi
Enu Mainigi (DC Bar No. 454012)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendants Cardinal Health, Inc.; Cardinal Health 110, LLC*

Dated: May 26, 2021