**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**

**MDL No. 2804**

(SEE ATTACHED SCHEDULE)

**SEPARATION OF CERTAIN CLAIMS
AND CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action on this conditional remand order have been completed with respect to plaintiff's public nuisance claim(s) against the Albertsons pharmacy-defendants, which include Albertson's LLC, Albertsons Companies, Inc., Randall's Food & Drug L.P., Safeway Inc., and United Supermarkets LLC. The transferee court has further advised the Panel that remand of these claims to the transferor court, as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the public nuisance claims against the Albertsons defendants are separated and remanded to the transferor court.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Ohio.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Ohio with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**                                                          MDL No. 2804

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| OHN | 1 | 18–45274 | TXN | 3 | 18–00518 | County of Tarrant v. Purdue Pharma LP et al |