# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

**This document relates to:** *Track 9*
**Case No. 1:18-op-45274-DAP**

TARRANT COUNTY, TEXAS,

                Plaintiff,

     v.

PURDUE PHARMA, et al.,

                Defendants.

MDL No. 2804

Case No. 17-md-2804

## ALBERTSONS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, LP, and United Supermarkets, LLC (collectively, "Albertsons") submit this Notice of Opposition to the Conditional Remand Order (CRO) entered by the Clerk of the United States Judicial Panel on Multidistrict Litigation on February 12, 2025. In accordance with Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Albertsons will serve its Motion to Vacate the CRO and brief in support within 14 days of the filing of this Notice of Opposition.

Dated:  February 18, 2025

Respectfully submitted,
By: */s/ Francis A. Citera*
One of Defendants' Attorneys

Francis A. Citera, citeraf@gtlaw.com
Gretchen N. Miller, millerg@gtlaw.com
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100

ACTIVE 707518491v1

Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435

*Counsel for Defendants Albertsons, Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, LP, and United Supermarkets, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 18, 2025, a true and correct copy of the

Albertsons Defendants' Notice of Opposition to Conditional Remand Order was filed in the office

of the Clerk of the United States Judicial Panel on Multidistrict Litigation.


/s/ *Francis A. Citera*
Francis A. Citera

ACTIVE 707518491v1