UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                                    MDL No. 2804

SEPARATION OF CERTAIN CLAIMS AND CONDITIONAL REMAND ORDER

On November 18, 2024, the transferee court in this litigation issued a suggestion of remand in the action listed on the attached schedule (*Cobb County v. Purdue Pharma LP*), in which it advised the Panel that coordinated or consolidated pretrial proceedings in *Cobb County* had been completed and that remand to the transferor court, as provided in 28 U.S.C. § 1407(a), is appropriate. The Panel issued a conditional remand order for this action on November 22, 2024. *See* ECF No. 9621. That same day, the transferee court issued an order clarifying the scope of the suggestion of remand in *Cobb County*, in which the transferee court stated that it intended to suggest remand only of the public nuisance claims against pharmacy-defendant Publix. *See In re Nat'l Prescription Opiate Litig.*, No. 1:17-md-02804 (N.D. Ohio Nov. 22, 2024), ECF No. 5782. The conditional remand order issued by the Panel did not reflect the transferee court's order limiting the scope of the suggested remand, but the parties and the courts have proceeded with the understanding that the remand order was so limited. To avoid any potential for confusion as to which claims remain pending in the transferee court and which are proceeding in the transferor court, the Panel by separate order vacated the prior remand order and now issues a new conditional remand order that separates and remands only the nuisance claims against pharmacy-defendant Publix.

IT IS THEREFORE ORDERED that the nuisance claims against pharmacy-defendant Publix are separated and remanded to the transferor court.

IT IS FURTHER ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order.

FOR THE PANEL:

*James V. Ingold*
_____
James V. Ingold
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                    MDL No. 2804

## SCHEDULE FOR CRO

| TRANSFEREE | | TRANSFEROR | | | |
|---|---|---|---|---|---|
| **DIST DIV.** | **C.A.NO.** | **DIST DIV.** | | **C.A.NO.** | **CASE CAPTION** |
| OHN 1 | 18−45817 | GAN | 1 | 18−02865 | Cobb County v. Purdue Pharma L.P. et al |