BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: National Prescription Opiate Litigation<br><br>**This document relates to:**<br>*Cobb County v. Purdue Pharma L.P. et al.*<br>N.D. Ga., Civil Action No. 1:18-cv-02865-MLB | MDL No. 2804 |

## PUBLIX SUPER MARKETS, INC.'S NOTICE OF OPPOSITION TO THE PANEL'S FEBRUARY 19, 2025 CONDITIONAL REMAND ORDER & THE PANEL'S FEBRUARY 19, 2025 ORDER VACATING ITS PRIOR REMAND ORDER FINALIZED ON DECEMBER 3, 2024

In accordance with Rule 10.2(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Publix Super Markets, Inc. hereby provides notice of its opposition to the Conditional Remand Order that the Panel issued on February 19, 2025, as well as the Panel's February 19, 2025 order vacating the remand order finalized on December 3, 2024. Publix objects to the Panel's orders to the extent they purport to limit the scope of the remand to a subset of the causes of action Plaintiff Cobb County has raised against Publix.

Dated: February 25, 2025

Respectfully submitted,

*/s/ Kian J. Hudson*
Kian J. Hudson
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 229-3111
kian.hudson@btlaw.com

*Counsel for Publix Super Markets, Inc.*