**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. __2804__ & TITLE - IN RE: National Prescription Opiate Litigation

# AMENDED NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendants Albertsons Companies Inc., Albertsons, LLC, Safeway, Inc., Randall's Food & Drug, LP, and United Supermarkets, LLC

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Tarrant County, Texas v. Purdue Pharma, et al., 1:18-op-45274, DAP, Texas Northern District, 3:18-cv-00518

****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| March 7, 2025 | /s/ Francis A. Citera |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Francis A. Citera, Greenberg Traurig, LLP, 77 W. Wacker Dr, Suite 3100, Chicago, IL 60601

Telephone No.: (312) 456-8400          Fax No.: (312) 456-8435

Email Address: citeraf@gtlaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| **This document relates to:** *Track 9* **Case No. 1:18-op-45274-DAP** | Case No. 17-md-2804 |
| TARRANT COUNTY, TEXAS,<br>    Plaintiff,<br> v.<br>PURDUE PHARMA, et al.,<br>    Defendants. | |

## THE ALBERTSONS DEFENDANTS' PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 7, 2025, a true and correct copy of the Amended Notice of Appearance of Francis A. Citera was filed in the office of the Clerk of the United States Judicial Panel on Multidistrict Litigation, which was served on all counsel of record registered as CM/ECF users.

Dated: March 7, 2025

                     */s/ Francis A. Citera*
                      Francis A. Citera

ACTIVE 708279537v1